Message

| | |
|---|---|
| **From:** | bbentley@co.presidio.tx.us [bbentley@co.presidio.tx.us] |
| **Sent:** | 3/22/2018 12:45:17 PM |
| **To:** | treasurer@co.presidio.tx.us |
| **CC:** | presidiocountyomb@co.presidio.tx.us; Cinderela Guevara [countyjudge@co.presidio.tx.us] |
| **Subject:** | RE: Contracts |

Ok.  I feel like I'm playing referee again.  Why does it seem like we're making everyone's jobs harder instead of helping one another make them easier?  We're here to serve the public, and if we help one another keep from having to do extra work to get to the same goal, why wouldn't we?  I don't understand what is going on here.  Digging through all of the minutes of Commissioners Court Minutes would probably be more time consuming than getting them from whomever has the copies already, no?  Please guys, let's help one another do our jobs better and more efficiently, it benefits the public good.  Kindness is free.


Brenda Silva Bentley
Presidio County Commissioner, Pct. 1



-----Original Message-----
From: treasurer@co.presidio.tx.us
Sent: Thursday, March 22, 2018 11:06am
To: presidiocountyomb@co.presidio.tx.us
Cc: "Brenda Bentley" <bbentley@co.presidio.tx.us>, "Eloy Aranda" <earanda@presidio-isd.net>, "Loretto Vasquez" <lore_asu@yahoo.com>, "Cinderela Guevara" <countyjudge@co.presidio.tx.us>
Subject: RE: Contracts

Why would I think I could get anything from you.

Frances


-----Original Message-----
From: presidiocountyomb@co.presidio.tx.us
Sent: Thursday, March 22, 2018 10:18am
To: treasurer@co.presidio.tx.us
Subject: RE: Contracts

Frances,

As mentioned in Commissioners Court yesterday, all contracts are in the Clerks Office with Commissioners Court minutes.

Katie

-----Original Message-----
From: treasurer@co.presidio.tx.us



EXHIBIT

Sanchez 04

PC 02080

Sent: Thursday, March 22, 2018 9:50am
To: "Katie Sanchez" <presidiocountyomb@co.presidio.tx.us>
Subject: Contracts

Katie,
I would like to get copies of all signed contracts for my records.

Thank You,

Frances