14 + 15

## REQUEST FOR SCHEDULING AGENDA ITEM

I/WE request that the following item be placed on the Agenda for the meeting of the Presidio County Commissioners Court to be held ___ **APRIL 11, 2018**

This request with **SEVEN (7) COPIES OF THIS FORM IN TYPEWRITTEN FORMAT AND WITH EXHIBIT(S)** are to be submitted to the County Judge's Assistant no later than **3:00 p.m.** on the Tuesday before the Commissioners Court meeting. If the exhibits are not submitted timely, this request may not be posted as an agenda item.

1. **Convene into Executive Session Pursuant to Local Government Code 551.074 Personnel Matters** regarding consideration of appointment, employment, evaluation, reassignment duties, discipline or dismissal of a Presidio County Employee and to ensure routine tasks are completed on a regular schedule. Specifically, explain job duties of a County Employee

2. Has this been the subject of previous Commissioners Court action?
   YES _____   NO __X__

If yes, give the approximate date/location of the meeting at which this matter was discussed or what action was taken thereon:

_____

REQUESTOR'S NAME: Frances Garcia, Presidio County Treasurer
REQUESTOR'S ADDRESS: 300 N Highland, Marfa, Texas
REQUESTOR'S TELEPHONE:
REQUESTOR'S FAX:
REQUESTOR'S E-MAIL:

x _Frances Garcia_                    x _Cinderela Guevara_
REQUESTOR'S SIGNATURE                  AUTHORIZING SIGNATURE

Your request may be submitted via fax: 432-729-4453; via email: jalmancemolinar@co.presidio.tx.us
Via U.S. mail: P.O. Box 606, Marfa, TX 79843, or in person: 300 N. Highland Ave., Marfa, Texas 79843