# Presidio County, Texas



## ADOPTED BUDGET

## FISCAL YEAR 2020

## 10-1-2020 TO 9-30-2021

This budget will raise less revenue from property taxes than last year's budget by an amount of $74,655, which is a 2.29% decrease from last year's budget. The property tax revenue to be raised from new property added to the tax roll this year is $16,357.

Members of Commissioners Court voting in favor of the budget : Judge Cinderela Guevara; Commissioner Eloy Aranda; Commissioner Brenda Bentley; Commissioner Frank Knight; Commissioner Jose Cabezuela
Members absent:  none
Members voting against the budget:  none

| Tax Rates/Debt Obligations | FY 2020 | FY 2021 |
|---|---|---|
| Property tax rate | $0.604250 | $0.553000 |
| No-new-revenue tax rate | $0.604250 | $0.556480 |
| No-new-revenue M & O tax rate | $0.553290 | $0.512040 |
| Voter-approval tax rate | $0.611470 | $0.553000 |
| Debt tax rate | $0.050960 | $0.000000 |
| Total debt oglibations | $221,512.00 | $0.00 |

1

```
09/29/20                                    PRESIDIO COUNTY                                      PAGE    3
TIME:02:15 PM                       FISCAL YEAR 2021 ADOPTED BUDGET                         PREPARER:0014
                                        MAINTENANCE & OPERATIONS
-----------------------------------------------------------------------------------------------------------
Account Number                         T                    Actual Exper  Amended Budget   Prop Budget
     and Title                         C                    YEAR - 2019    YEAR - 2020     YEAR - 2021
-----------------------------------------------------------------------------------------------------------
REPORTING FUND: 0010 GENERAL FUND

0104   CO COMMISSIONERS EXPENDITURES
=========================================
0401 SALARY COMMISSIONERS              E                      79,392.57      83,028.56       87,028.40
0410 FICA                              E                       6,079.10       6,351.68        6,657.67
0411 MEDICAL INSURANCE                 E                      26,370.37      28,236.16       28,356.00
0412 RETIREMENT                        E                       5,460.87       6,152.42        6,266.04
0425 OFFICE EXPENSES                   E                           0.00           0.00            0.00
0430 DUES & MEMBERSHIPS                E                       1,200.00       1,250.00        1,250.00
0434 EDUCATION & TRAVEL                E                       9,242.10      12,000.00       11,557.00
0440 COMMUNICATIONS                    E                           0.00           0.00            0.00
0450 FUEL                              E                         745.28       1,000.00        1,000.00
0477 REPAIRS & MAINT VEHICLES          E                          15.00         500.00          500.00
---- ----------------------------      -                   -------------  -------------   -------------
       CO COMMISSIONERS EXPENDITURES                         128,505.29     138,518.82      142,615.11

0105   COUNTY V A OFFICER EXPENDITURES
=========================================
0401 SALARY V A OFFICER                E                      20,670.52      21,579.52       22,579.48
0410 FICA                              E                       1,581.32       1,650.84        1,727.33
0412 RETIREMENT                        E                       1,420.40       1,599.04        1,625.72
0425 OFFICE EXPENSES                   E                          80.99         590.00          590.00
0430 DUES AND MEMBERSHIPS              E                           0.00          20.00           20.00
0434 EDUCATION & TRAVEL                E                         162.00         828.00          724.00
0440 COMMUNICATIONS                    E                         350.81         330.00          325.00
0450 FUEL                              E                         758.22         892.00          892.00
0451 OPERATING SUPPLIES                E                         623.99         800.00          800.00
0650 CAPITAL                           E                           0.00           0.00            0.00
0651 FURN & EQUIP < $500               E                         123.28           0.00            0.00
---- ----------------------------      -                   -------------  -------------   -------------
       COUNTY V A OFFICER EXPENDITURES                        25,771.53      28,289.40       29,283.53

0106   REGISTRAR
=========================================
0425 OFFICE EXPENSE                    E                           0.00         661.00          661.00
0434 EDUCATION & TRAVEL                E                           0.00       1,000.00          922.00
0650 CAPITAL OUTLAY                    E                           0.00         599.00          599.00
0651 FURN & EQUIP < $500               E                           0.00         340.00          340.00
---- ----------------------------      -                   -------------  -------------   -------------
       REGISTRAR                                                   0.00       2,600.00        2,522.00

0107   NON DEPARTMENTAL EXPENDITURES
=========================================
0400 TRANSFERS TO OTHER FUNDS          E                     123,080.06      42,500.00       30,000.00
0406 FINANCIAL OFF. TEMP. LABOR        E                           0.00      10,000.00       10,000.00
0407 COMP TIME PAYOUT                  E                      47,406.70      14,000.00            0.00
0409 MISCELLANEOUS LABOR               E                       4,100.00           0.00            0.00
0410 FICA                              E                       3,936.70         765.00          765.00
0411 MEDICAL INSURANCE                 E                      12,667.85      14,189.36       30,696.00
0412 RETIREMENT                        E                       3,439.62         741.00          720.00
0413 WORKERS COMP                      E                      22,014.00      22,719.00       17,569.00
0414 UNEMPLOYMENT COMP                 E                       3,108.78      10,350.00       15,500.00
0430 DUES & MEMBERSHIPS                E                       4,991.00       5,576.00        5,576.00
0440 COMMUNICATIONS                    E                       4,821.27       2,850.00        2,850.00
0445 NOTICES                           E                       7,078.25       6,256.00        5,000.00
```

5

```
09/29/20                                    PRESIDIO COUNTY                                    PAGE   6
TIME:02:15 PM                        FISCAL YEAR 2021 ADOPTED BUDGET                        PREPARER:0014
                                         MAINTENANCE & OPERATIONS
-----------------------------------------------------------------------------------------------------
Account Number                        T                    Actual Exper  Amended Budget  Prop Budget
    and Title                         C                    YEAR - 2019    YEAR - 2020    YEAR - 2021
-----------------------------------------------------------------------------------------------------
REPORTING FUND: 0010 GENERAL FUND

0409 COURT RECORDER SUPPLEMENT        E                                       1,200.00      1,500.00
0410 FICA                             E                       2,491.32        2,114.51      2,059.06
0411 MEDICAL INSURANCE                E                       9,030.70        5,535.12      3,244.00
0412 RETIREMENT                       E                       2,237.96        2,011.32      1,937.94
0420 CAR ALLOWANCE                    E                           0.00            0.00          0.00
0425 OFFICE EXPENSES                  E                         427.52          956.69        956.29
0430 DUES & MEMBERSHIPS               E                         340.75          357.30        357.30
0434 EDUCATION AND TRAVEL             E                       2,056.26        1,636.31      1,636.31
0440 COMMUNICATIONS                   E                       1,050.94        1,988.20      1,988.20
0450 FUEL                             E                           0.00            0.00          0.00
0462 OTHER SERVICES                   E                           0.00       19,333.19     17,833.19
0463 VISITING JUDGES                  E                       1,098.00        2,090.90      2,090.90
0464 COURT REPORTER/VISITING          E                         714.21          271.90      1,500.00
0495 UTILITIES                        E                           0.00          385.00        385.00
0540 LIABILITY INSURANCE              E                         300.00          339.90        339.90
0547 JUDICIAL ADMIN DISTR ASSESS      E                           0.00            0.00          0.00
0580 LAW LIBRARY                      E                         391.84        1,326.64      1,326.64
0599 MISCELLANEOUS                    E                         300.19        4,134.25      4,134.25
0650 CAPITAL                          E                           0.00        3,005.22      3,005.22
0651 FURN/EQUIPMENT < $500            E                           0.00        1,334.60      1,334.60
---- ----------------------------     -                    -------------  -------------  -------------
     DISTRICT COURT EXPENDITURES                             53,007.03       74,461.65     71,044.62

0113 DISTRICT ATTORNEY EXPENDITURES
========================================
0462 OTHER SERVICES                   E                      36,200.00       36,200.00     35,285.00
---- ----------------------------     -                    -------------  -------------  -------------
     DISTRICT ATTORNEY EXPENDITURES                          36,200.00       36,200.00     35,285.00

0115 COUNTY TREASURER EXPENDITURES
========================================
0401 SALARY TREASURER                 E                      44,282.68       45,191.68     46,191.64
0402 DEPUTY                           E                      34,611.20       35,547.20     36,587.20
0406 LABOR                            E                           0.00            0.00          0.00
0410 FICA                             E                       6,035.38        6,176.52      6,332.58
0411 MEDICAL INSURANCE                E                      14,187.54       14,118.08     14,178.00
0412 RETIREMENT                       E                       5,421.54        5,982.75      5,960.08
0425 OFFICE EXPENSES                  E                       2,764.04        2,882.74      2,882.74
0430 DUES & MEMBERSHIPS               E                         175.00          175.00        175.00
0434 EDUCATION & TRAVEL               E                       3,368.06        3,743.30      4,486.00
0440 COMMUNICATIONS                   E                       1,329.54        1,550.00      1,550.00
0450 FUEL                             E                         100.13            0.00          0.00
0461 SERVICE CONTRACT/LICENSES        E                       1,855.00        1,855.00      2,380.00
0462 OTHER SERVICES                   E                         611.25          560.00      1,131.25
0650 CAPITAL                          E                           0.00        2,450.00          0.00
0651 FURN/EQUIPMENT < $500            E                         713.80          388.95        500.00
---- ----------------------------     -                    -------------  -------------  -------------
     COUNTY TREASURER EXPENDITURES                          115,455.16      120,621.22    122,354.49

0116 OMB EXPENDITURES
========================================
0401 HEAD OF DEPARTMENT               E                           0.00            0.00          0.00
0402 ASSISTANTS                       E                           0.00            0.00          0.00
0406 LABOR                            E                           0.00            0.00          0.00
```