IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| MARY CATHERINE "KATIE" SANCHEZ,<br>　　　Plaintiff,<br><br>v.<br><br>PRESIDIO COUNTY, TEXAS and FRANCES GARCIA in her individual capacity,<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DECLARATION OF JUANITA BISHOP

I, Juanita Bishop declare as follows:

1. My name is Juanita Bishop. I am over 21 years of age, of sound mind, and capable of making this statement. I have personal knowledge of the matters stated herein. Every statement herein is true and correct.

2. I serve as the Justice of Peace Judge for Precinct Two in Presidio, Presidio County, Texas, a position I have held since 2009.

3. In January or February 2018 -- prior to the March 2018 primary election for County Treasury, the Presidio County Treasurer Frances Garcia ("Garcia") was at my office with Presidio County Commission Brenda Bentley.  Garcia stated that as soon as she (Garcia) wins, she was going to find a way to get rid of Katie Sanchez's position.  Garcia also stated she could not believe Sanchez was running against her again, and referred to Sanchez as a "pendeja", which is Spanish for a "dumb ass."  Bentley was present when Garcia made these comments.

1

I declare under penalty of perjury that the foregoing is true and correct.

Signed on _____ 2020.

_____
Juanita Bishop