**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **MARY CATHERINE "KATIE"** | § | |
| **SANCHEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **P:19-CV-037-DC** |
| | § | |
| **PRESIDIO COUNTY, TEXAS, and** | § | |
| **FRANCES GARCIA,** | § | |
| **in her individual capacity,** | § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTIONS IN LIMINE

BEFORE THE COURT are the Motions in Limine filed by Plaintiff Mary Catherine "Katie" Sanchez (Plaintiff) and Defendants Presidio County, Texas and Frances Garcia (collectively, Defendants). (Docs. 29-6, 30-4). After due consideration, the Court **ORDERS** that Plaintiff's Motion in Limine is **GRANTED** in full (Doc. 30-4) and that Defendants' Motion in Limine is **GRANTED** in full (Doc. 29-6).

It is so **ORDERED**.

SIGNED this 16th day of May, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE