IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| MARY CATHERINE "KATIE" SANCHEZ, | § § | |
| *Plaintiff,* | § § | |
| v. | § | P:19-CV-037-DC |
| | § | |
| PRESIDIO COUNTY, TEXAS, and FRANCES GARCIA, in her individual capacity, | § § § | |
| *Defendants.* | § | |

### ORDER ON FINAL PRETRIAL CONFERENCE

On May 17, 2021, the Court held a Final Pretrial Conference in the above-captioned cause. The Court issues the following Order to memorialize the oral rulings made at the hearing.

The Court **PRE-ADMITS** Plaintiff's exhibits P-1 through P-5 and P-7 through P-10. The Court also **PRE-ADMITS** Defendants' exhibits D-2, D-5 through D-16, and D-18 through D-25. All other exhibits must be authenticated prior to requesting admission at trial.

The Court **ORDERS** the parties to file a joint stipulation of facts setting out all facts, if any, that are agreed upon no later than **Monday, May 24, 2021, at 5:00 p.m.**

Jury selection and trial are **SET** for **Monday June 21, 2021, at 8:00 a.m.** Any changes to the current jury selection and trial settings will be communicated to the parties by a subsequent order.

It is so **ORDERED**.

SIGNED this 18th day of May, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE