**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **MARY CATHERINE "KATIE" SANCHEZ, Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CV-00037** |
| | § | |
| **PRESIDIO COUNTY, TEXAS and FRANCES GARCIA in her individual capacity, Defendants** | § | |

**JOINT STIPULATION OF FACTS**

TO THE HONORABLE JUDGE DAVID COUNTS:

Plaintiff, MARY CATHERINE "KATIE" SANCHEZ and Defendants PRESIDIO COUNTY, TEXAS and FRANCES GARCIA (collectively the "Parties") hereby stipulate to the following facts as true and correct and it is anticipated that these Joint Stipulated Facts will be presented to the Court in this case:

a. The Office of Management and Budget (OMB) was created in 2013.

b. Plaintiff Ms. Sanchez and Defendant Garcia each ran for County Treasurer in the Democratic Primary in 2014.

c. Defendant Garcia has been the duly elected Presidio County Treasurer since January 1, 2015.

d. The Plaintiff Ms. Sanchez moved to a new position as Assistant Director of OMB in 2014 and became the OMB Director in 2015.

e. Plaintiff Ms. Sanchez ran against Defendant Garcia for County Treasurer again in the Democratic primary election in 2018.

f. Defendant Garcia defeated Plaintiff Sanchez in the March 2018 primary.

g. In April 2018 Defendant Garcia requested an item to be placed on the Agenda of the Commissioners Court to discuss Plaintiff Sanchez.

h. On August 16, 2018 Commissioner Loretto Vasquez placed an item on the Commissioners Court agenda for the August 22, 2018 meeting to eliminate the OMB Department.

i. The Presidio County Commissioners Court voted to eliminate the OMB Department at a meeting of the Commissioners Court on August 22, 2018.

j. The elimination of the OMB Department became effective October 1, 2018.

Dated: May 19, 2021.

Respectfully submitted,

/s/ John A. Wenke
John A. Wenke
State Bar No. 00788643
lawoffice@johnwenke.com
501 E. California Ave.
El Paso, Texas 79902
(915) 351-8877
(915) 351-9955 – Facsimile

ATTORNEY FOR PLAINTIFF

/s/ Jon Mark Hogg
Jon Mark Hogg
State Bar No. 00784286
Amanda N. Crouch
State Bar No. 24077401
JACKSON WALKER L.L.P.
136 W. Twohig, Suite B
San Angelo, Texas 76903
jmhogg@jw.com
(325) 481-2560
(325) 481-2585 – Facsimile

JACKSON WALKER L.L.P.
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205

acrouch@jw.com
(210) 978-7700
(210) 978-7790 – Facsimile
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that on the 19th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.

/s/ Jon Mark Hogg
Jon Mark Hogg