IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| MARY CATHERINE "KATIE" SANCHEZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § | P:19-CV-037-DC |
| | § | |
| PRESIDIO COUNTY, TEXAS, and FRANCES GARCIA, in her individual capacity, | § § § | |
| *Defendants.* | § | |

## ORDER RESETTING JURY SELECTION AND TRIAL

On this day, the Court considered the status of the above-captioned cause. After due consideration, the Court **VACATES** the current jury selection and trial settings and **ORDERS** the following:

This case is set for jury selection before United States Magistrate Judge David B. Fannin on **Tuesday, June 29, 2021, at 9:00 a.m.** in Courtroom 1 of the United States Courthouse, 410 South Cedar Street, Pecos, Texas.

This case is set for a final pretrial conference and jury trial before United States District Judge David Counts on **Tuesday, June 29, 2021, at 3:00 p.m.** in Courtroom 1 of the United States Courthouse, 410 South Cedar Street, Pecos, Texas.

It is so **ORDERED**.

SIGNED this 14th day of June, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE