

Amanda N. Crouch
(210) 978-7784 (Direct Dial)
(210) 242-4684 (Direct Fax)
acrouch@jw.com

June 14, 2021

**By E-File**

United States District Court
Western District of Texas
Pecos Division
410 South Cedar
Pecos, Texas  79772

Re:   Civil Action No. 4:19-cv-00037; *Mary Catherine "Katie" Sanchez v. Presidio County, Texas, et al.*; In the United States District Court for the Western District of Texas, Pecos Division

Dear Clerk of the Court:

Please accept this letter as formal notification that I will be out of the office for vacation on **July 8 – July 17, 2021**.  I will have no access to voice mails and emails during this time period. I respectfully request that no hearings and/or depositions be scheduled during this period in the above-referenced matter.  I would further request that no discovery requests be propounded which would require responses during this time from me or my client.

By copy of this letter, opposing counsel has been notified accordingly.  Thank you for your attention and professional courtesies in this regard.

Sincerely,

*/s/ Amanda N. Crouch*

Amanda N. Crouch

AKN:dlt