$14 + 15$

## REQUEST FOR SCHEDULING AGENDA ITEM

I/WE request that the following item be placed on the Agenda for the meeting of the Presidio County Commissioners Court to be held ___ **APRIL 11, 2018**

This request with **SEVEN (7) COPIES OF THIS FORM IN TYPEWRITTEN FORMAT AND WITH EXHIBIT(S)** are to be submitted to the County Judge's Assistant no later than **3:00 p.m.** on the Tuesday before the Commissioners Court meeting. If the exhibits are not submitted timely, this request may not be posted as an agenda item.

1. **Convene into Executive Session Pursuant to Local Government Code 551.074 Personnel Matters** regarding consideration of appointment, employment, evaluation, reassignment duties, discipline or dismissal of a Presidio County Employee and to ensure routine tasks are completed on a regular schedule. Specifically, explain job duties of a County Employee ___

2. Has this been the subject of previous Commissioners Court action?
   YES _____ NO __X__

If yes, give the approximate date/location of the meeting at which this matter was discussed or what action was taken thereon:

_____

REQUESTOR'S NAME: Frances Garcia, Presidio County Treasurer
REQUESTOR'S ADDRESS: 300 N Highland, Marfa, Texas
REQUESTOR'S TELEPHONE:
REQUESTOR'S FAX:
REQUESTOR'S E-MAIL:

x _____
REQUESTOR'S SIGNATURE

x _____
AUTHORIZING SIGNATURE

Your request may be submitted via fax: 432-729-4453; via email: jalmancemolinar@co.presidio.tx.us
Via U.S. mail: P.O. Box 606, Marfa, TX 79843, or in person: 300 N. Highland Ave., Marfa, Texas 79843



## REQUEST FOR SCHEDULING AGENDA ITEM

I/WE request that the following item be placed on the Agenda for the meeting of the Presidio County Commissioners Court to be held <u>April 11, 2018 at the Presidio County Courthouse, Marfa, Texas.</u>

This request with <u>SEVEN (7) COPIES OF THIS FORM IN TYPEWRITTEN FORMAT AND WITH EXHIBIT(S)</u> is to be submitted to the County Judge's Assistant no later than **3:00 p.m.** on the Tuesday before the Commissioners Court meeting. If the exhibits are not submitted timely, this request may not be posted as an agenda item.

1. **Reconvene from Executive Session.** Discuss **and act upon** Personnel Matters regarding consideration of appointment, employment, evaluation, reassignment duties, discipline or dismissal of a Presidio County Employee.

2. Has this been the subject of previous Commissioners Court action? Yes   No x

   If yes, give the approximate date/location of the meeting at which this matter was discussed or what action was taken thereon: _____.

   REQUESTOR'S NAME Frances Garcia, Presidio County Treasurer
   REQUESTOR'S ADDRESS: 301 N. Highland, Marfa, Texas
   REQUESTOR'S TELEPHONE: 432-729-2076
   REQUESTOR'S FAX:
   REQUESTOR'S E-MAIL:

X <u>Frances Garcia</u>                                          X _____
REQUESTOR'S SIGNATURE                            AUTHORIZING SIGNATURE

Your request may be submitted via fax: 432-729-4453; via email: jalmancemolinar@co.presidio.tx.us
Via U.S. mail: P.O. Box 606, Marfa, TX 79843, or in person: 300 N. Highland Ave., Marfa, Texas 79843



PX 3

## REQUEST FOR SCHEDULING AGENDA ITEM

I/WE request that the following item be placed on the Agenda for the meeting of the Presidio County Commissioners Court to be held **August 22, 2018**

This request with **SEVEN (7) COPIES OF THIS FORM IN TYPEWRITTEN FORMAT AND WITH EXHIBIT(S)** are to be submitted to the County Judge's Assistant no later than **3:00 p.m.** on the Tuesday before the Commissioners Court meeting. If the exhibits are not submitted timely, this request may not be posted as an agenda item.

1. Discussion with action to abolish the Department of Presidio County Office of Management and Budget (OMB), to be effective at the new fiscal year October 1, 2018.

Has this been the subject of previous Commissioners Court action?
          YES _____  NO ___X___

If yes, give the approximate date/location of the meeting at which this matter was discussed or what action was taken thereon:

_____

REQUESTOR'S NAME: Loretto Vasquez
REQUESTOR'S ADDRESS: PO Box 953, Marfa, Texas
REQUESTOR'S TELEPHONE: 432-295-2896
REQUESTOR'S FAX:
REQUESTOR'S E-MAIL: lore_asu@yahoo.com

X_____            X_____
REQUESTOR'S SIGNATURE                 AUTHORIZING SIGNATURE

Your request may be submitted via fax: 432-729-4453; via email: coutyjudge@co.presidio.tx.us
Via U.S. mail: P.O. Box 606, Marfa, TX 79843, or in person: 300 N. Highland Ave., Marfa, Texas 79843


PX 4

# PRESIDIO COUNTY COMMISSIONERS COURT

## NOTICE OF SPECIAL MEETING

AMMENDED AGENDA AS OF 08-19-18 8:56 A.M.

The Presidio County Commissioners Court will meet on
Wednesday August 22, 2018 at 09:30 a.m.
at the County Judge's Office Presidio County Courthouse

### CINDERELA GUEVARA

### COUNTY JUDGE

**BRENDA BENTLEY**
**COMMISSIONER, PRECINCT 1**

**ELOY ARANDA**
**COMMISSIONER, PRECINCT 2**

**JOSE CABEZUELA**
**COMMISSIONER, PRECINCT 3**

**LORETTO VASQUEZ**
**COMMISSIONER, PRECINCT 4**

### VIRGINIA PALLAREZ

### CLERK OF THE COURT

Questions regarding the agenda should be directed to the Presidio County Commissioner's Court
Support at (432)7294452. The agenda is available on the County's website (http:/www.presidio
county.org) Click on Government/Commissioners Court."





**Rod Ponton**
*Presidio County Attorney*

300 North Highland
Post Office Drawer M
Marfa, Texas 79843
(432) 729-4054
(432) 729-3743 fax

August 21, 2018

Presidio County Commissioners Court
Presidio County Courthouse
300 Highland St.
Marfa, TX 79843

> Re:   Liability Arising From Appearance of Political Retaliation Due to Employee's
> Protected Speech Actions

To All Concerned Parties:

Katie Sanchez is the current appointed Director of the Presidio County Office of Management & Budget. In March of 2018, she exercised her First Amendment right to run for Presidio County Treasurer in the Democratic Party primary. Her opponent was incumbent Frances Garcia, the current Presidio County Treasurer. Ms. Sanchez lost the primary election, while Ms. Garcia went on to win. Now, Ms. Garcia and others are lobbying the County Commissioners to abolish the Office of Management & Budget; this action would effectively terminate Ms. Sanchez's employment with Presidio County and begs the following question: Would abolishing the Office of Management & Budget expose the County to liability given the potential appearance of political retaliation against Ms. Sanchez for having run against Ms. Garcia?

The courts have long held that running for office is an action protected by the First Amendment and have even addressed this fact in the context of a public employee running for office, much like Ms. Sanchez. The court's most recent analysis on the topic occurred in Phillips v. City of Dallas, C.A.5 (Tex.) 2015, 781 F.3d 772, wherein a city employee asserted a First Amendment challenge to his termination by the City of Dallas following his decision to run in the Democratic Primary for a seat on the County Commissioners Court. The court's Phillips decision affirmed the "unequivocal…recognition of a First Amendment interest in candidacy" for public employees; that, "like all citizens, [public employees have] a constitutionally protected right to actively support, work for and campaign for a partisan candidate for political office or even to run for such office [themselves]"; and that as a "constitutionally 'fundamental' right…[c]andidacy for office is one of the ultimate forms of political expression in our society."

The court's language could not be stronger in connecting a public employee's running for office to that individual's exercise of free speech. Therefore, Ms. Sanchez's situation and the county's potential for liability then hinges upon whether her effective termination could be construed as retaliation for her constitutionally protected speech. To that end, Ms. Sanchez could likely pursue litigation following her potential termination by bringing a federal civil action for deprivation of rights under 42 U.S. Code § 1983 (the same provision under which Mr. Philips above sued).



PX 6

**Rod Ponton**
*Presidio County Attorney*

There exists much case law describing what it would take for a public employee in Ms. Sanchez's position to prevail under a §1983 claim, and she very well may meet those elements dictated by the courts: 1) her termination could be construed as an adverse employment action; 2) her candidacy was "speech involving a matter of public concern" (i.e., protected by the First Amendment, as affirmed in the Philips decision); 3) her actions did not impede upon the County's "interest in efficiency" since Presidio County has no provision barring public employees from running for office; and 4) her speech could be construed as having motivated her firing.[1]

A potential suit by Ms. Sanchez would therefore be incredibly costly to the city regardless of whether she ultimately prevailed should her claims eventually be evaluated by a jury. By potentially meeting the above-detailed elements of a §1983 claim on their face, any litigation she might pursue would certainly wind its way through the courts in a protracted and expensive manner. The County's exposure to liability through the proposal to eliminate the Office of Management & Budget could well be incredibly high.

Sincerely,

**Rod Ponton**
**Presidio County Attorney**

---

[1] Elements of §1983 claim detailed in Scott v. Godwin C.A. 2004 147 S.W.3d 609





# PRESIDIO COUNTY COMMISSIONERS COURT

## NOTICE OF SPECIAL MEETING

AMMENDED AGENDA AS OF 08-19-18 8:56 A.M.

**The Presidio County Commissioners Court will meet on
Wednesday August 22, 2018 at 09:30 a.m.
at the County Judge's Office Presidio County Courthouse**

### COMMISSIONERS COURT CEREMONIAL AGENDA

1. Establish a quorum    (Cinderela Guevara)
     Present:                 Cinderela Guevara, County Judge
                                  Brenda Bentley, Commissioner Pct. 1
                                  Eloy Aranda, Commissioner Pct. 2
                                  Jose Cabezuela, Commissioner Pct. 3
                                  Loretto Vasquez, Commissioner Pct. 4

2. Opening Prayer
     Judge Guevara
3. Pledge of Allegiance

### COMMISSIONERS COURT SPECIAL AGENDA

**TIME CERTAIN ITEMS:**

4. Communications from citizens who signed the register to speak. (3 minutes per person)
     **Trey Gerfer**
5. Announcements to Commissioner's Court from County Judge and Commissioners. (15 minutes or more).



PC 00099

6. Approval of Payroll for pay period from 08-06-18 through 08-19-18.

> Commissioner Aranda makes motion to approve payroll period for 08-19-18
> through 08-19-18. Commissioner Bentley seconds. Motion carries.

INDIVIDUAL AGENDA ITEMS:

Item brought by Loretto Vasquez                    Presidio County Commissioner Pct. 4

7. Discussion with action to abolish the Department of Presidio County Office of Management and
Budget (OMB), to be effective at the new fiscal year October 1, 2018.

> Buddy Knight, Robert Halpern, Gary Mitschke spoke in support of the OMB office.
> Commissioner Vasquez makes motion to abolish the Department of Presidio
> County office of Management and Budget. Commissioner Bentley seconds.
> Motion carries. (Judger Nays)

Item brought by Honorable Cinderela Guevara                    Presidio County Judge

8. Discussion with Action to abolish the Departments of Airport Management, Facilities Management,
And Road and Bridge Management to be effective for Fiscal Year 18-2019.
> Item die for lack of motion.

9. Open Second Public Hearing regarding the Proposed FY2019 Budget and Tax Rate. This hearing is for
the express purpose of inviting public comments and discussion with the Commissioners Court regarding
the Proposed Budget and Tax Rate.

> 2nd Public Hearing opens @ 11:04 a.m. Recessed at 12:21 p.m.
> Commissioner Vasquez makes motion to open public hearing (2:12 p.m.)
> Commissioner Bentley seconds. Motion carries.

10. Close Public Hearing

> Judge Guevara makes motion to close public hearing (3:29 p.m.). Commissioner
> Aranda seconds. Motion carries.

Items brought by Honorable Cinderela Guevara                    Presidio County Judge

11. Discussion with action for Commissioners Court to pass an order in compliance with Local
Government Code Section 113.901 (c), that waives the requirement of the county judge's approval of
requisitions.

> Judge Guevara makes motion to postpone. Commissioner Aranda seconds. Motion
> carries.

12. Discussion with action to approve using Certified Payments Credit Card Services for County Tax Office, County and District Clerks Office and Golf Course.

> Judge Guevara makes motion to approve using Certified Payments Credit Card Services for County Tax Office, County and District Clerks Offices and the Golf Course. Commissioner Bentley seconds. Motion carries.

13. Discussion with action to approve Contract for Tax Assessment/Collection Services for the City of Presidio by Presidio County Tax Assessor Collector. The amount of the contract is for $20,421.83, for a contract term of one year from October 1, 2018 to September 30, 2019. Parties named in contract are City of Presidio and County of Presidio.

> Commissioner Bentley makes motion to approve contract for $20421.83 for a contract Term of one year from October 1, 2018 to September 30, 2019. Party's names in Contracts are the City of Presidio and County of Presidio. Commissioner Vasquez seconds. Motion carries.

14. Discussion with action to allow the Veteran's Officer to replace landline with a cell phone for Presidio County Veterans Office.

> Commissioner Bentley makes motion to allow the VA officer to replace landline with a Cell phone for VA Office. Commissioner Cabuezuela seconds. Motion carries.

15. Discussion with action for Commissioner's Court to appoint election judges for the General Election to be held November 6, 2018. Texas Elections Code 32.002 (a).

> Commissioner Bentley makes motion to appoint election judge for the November 6, 2018 General Election which will be Maria Garcia, Delia Martinez, Alicia Sanchez, Lorinda Carrillo, Rosemary Jimenez and Lauren Martinez. Commissioner Vasquez seconds. Motion carries.

16. Discussion with action to approve registrant agreement to retain ownership of co.presidio.tx.us domain.

> Commissioner Aranda makes motion to postpone. Judge Guevara seconds. Motion carries.

17. Discussion with action to approve estimate and/or change order for replacement of exhaust fans at Presidio County Jail, including the designs.

> Commissioner Bentley makes motion to postpone. Commissioner Vasquez seconds. Motion carries.

**Item brought by Jerry Carvajal**

18. Discussion and action to award a construction contract for the Candelaria WSC Water Improvements, TxCDBG Contract No. 7216045.

> Judge Guevara makes motion to award contract bid to.  Commissioner Cabezuela seconds.  Motion carries.

19. Discussion with action for the procurement of administration and engineering professional services for the Texas Community Block Development Block Grant 2016-2020 funding cycle.

> Commissioner Aranda makes motion to approve the procurement of administration And engineering professional services for the Texas Community Block Development Block Grant 2016-2020 funding cycle.  Commissioner Vasquez seconds.  Motion carries.

**Finance Department Items**

Patty Roach, Auditor

20.  Approval of County Auditor's Report to Include Line Item transfers and Budget Amendments

> Commissioner Aranda makes motion to approve Line Item transfers as presented. Commissioner Cabezuela seconds.  Motion carries.

Honorable Frances Garcia, Treasurer

21.  Approval of all claims from 08-08-2018 to present.

> Commissioner Bentley makes motion to approve the payment of all claims. Commissioner Cabezuela seconds.  Motion carries.

Katie Sanchez, OMB Director

22.  Approval of Office of Management and Budget Report to Include assets/Inventory transfers

> None

**REPORTS**

23.  Revised City of Presidio Volunteer Fire Department
24.  City of Presidio EMS
25.  Agrilife Extension

> Judge Guevara makes motion to approve #23, 24, & 25 as presented.  Commissioner Vasquez seconds.  Motion carries.

Adjournment   Commissioner Bentley makes motion to adjourn.  Commissioner Aranda seconds. Motion carries.

CINDERELA GUEVARA, COUNTY JUDGE

BRENDA SILVA BENTLEY, COMMISSIONER PCT. 1

ELOY ARANDA, COMMISSIONER PCT. 2

JOSE CABEZUELA, COMMISSIONER PCT. 3

LORETTO VASQUEZ, COMMISSIONER PCT. 4

ATTEST:

VIRGINIA PALLAREZ, COUNTY CLERK

# Presidio County, Texas



## ADOPTED BUDGET

## FISCAL YEAR 2019

## 10-1-2018 TO 9-30-2019

This budget will raise more revenue from property taxes than last year's budget by an amount of $205,850, which is an 6.82% increase from last year's budget.  The property tax revenue to be raised from new property added to the tax roll this year is $19,275.

Members of Commissioners Court voting in favor of the budget : Judge Cinderela Guevara; Commissioner Eloy Aranda; Commissioner Brenda Bentley; Commissioner Loretto Vasquez, Commissiner Jose Cabezuela. Members voting against the budget:  none

| Tax Rates/Debt Obligations | FY 2018 | FY 2019 |
|---|---|---|
| Property tax rate | $0.637340 | $0.614750 |
| Effective tax rate | $0.567060 | $0.571560 |
| Effective M&O tax rate | $0.581190 | $0.521210 |
| Rollback tax rate | $0.637340 | $0.614750 |
| Debt tax rate | $0.056150 | $0.051850 |
| Total debt oglibations | $735,000.00 | $483,000.00 |



PX 8

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:    OMB
Department Number:    010-116

| | FY2017 Actual | FY2018 Budget | FY2019 Proposed |
|---|---|---|---|
| **EXPENDITURES** | | | |
| Salaries, Elect/Appt/Dept Head | 39,680.84 | 41,936.00 | 0.00 |
| Salaries, Deputies/Assistants | 31,888.80 | 33,136.00 | 0.00 |
| Labor | | | |
| FICA/Medicare | 5,478.58 | 5,743.00 | 0.00 |
| Retirement | 4,446.04 | 4,926.72 | 0.00 |
| Health Insurance | 13,927.74 | 14,190.00 | 0.00 |
| Communications | 1,997.39 | 2,411.37 | 0.00 |
| Utilities | | | |
| Office Expense | 1,153.92 | 1,200.00 | 0.00 |
| Dues & Memberships | | | |
| Repairs & Maintenance | | | |
|    Buildings/Grounds | | | |
|    Equipment | 487.50 | 500.00 | 0.00 |
|    Vehicles | | | |
| Services | | | |
|    Service Contract/Licenses | 1,386.67 | 1,398.63 | 0.00 |
|    Other Services | | | |
| Education & Travel | 538.20 | 1,000.00 | 0.00 |
| Fuel | | | |
| Misc. | | | |
| Furniture & Equip. (less than $500) | 789.77 | 500.00 | 0.00 |
| Capital Outlay | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | **101,775.45** | **106,941.72** | **0.00** |

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:      CO. TREASURER
Department Number:    010-115

| | FY2017 Actual | FY2018 Budget | FY2019 Proposed |
|---|---|---|---|
| **EXPENDITURES** | | | |
| Salaries, Elect/Appt/Dept Head | 43,282.56 | 44,282.45 | 44,282.45 |
| Salaries, Deputies/Assistants | 29,971.76 | 33,659.20 | 34,611.20 |
| Labor | | | |
| FICA/Medicare | 5,604.03 | 5,962.54 | 6,035.38 |
| Retirement | 4,548.94 | 5,018.86 | 5,483.12 |
| Health Insurance | 13,910.00 | 14,358.36 | 14,118.08 |
| Communications | 1,815.27 | 1,500.00 | 1,551.84 |
| Utilities | | | |
| Office Expense | 2,104.86 | 3,382.74 | 2,882.74 |
| Dues & Memberships | 175.00 | 175.00 | 175.00 |
| Repairs & Maintenance | | | |
|    Buildings/Grounds | | | |
|    Equipment | | | |
|    Vehicles | | | |
| Services | | | |
|    Service Contract/Licenses | 1,957.26 | 1,400.00 | 2,380.00 |
|    Other Services | 1,330.35 | 1,000.00 | 1,000.00 |
| Education & Travel | 2,507.99 | 3,500.00 | 4,000.00 |
| Fuel | 122.82 | 486.00 | 486.00 |
| Misc. | | | |
| Furniture & Equip. (less than $500) | | 1,000.00 | 1,000.00 |
| Capital Outlay | 2,420.00 | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | **109,750.84** | **115,725.15** | **118,005.81** |

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:  CO. AUDITOR
Department Number:  010-118

| | FY2017 Actual | FY2018 Budget | FY2019 Proposed |
|---|---|---|---|
| **EXPENDITURES** | | | |
| Salaries, Elect/Appt/Dept Head | 51,028.04 | 51,936.04 | 51,936.04 |
| Salaries, Deputies/Assistants | 34,944.00 | 35,944.00 | 36,899.20 |
| Labor | 0.00 | 21,840.00 | 21,840.00 |
| FICA/Medicare | 6,576.99 | 8,393.59 | 8,466.66 |
| Retirement | 5,338.16 | 7,199.63 | 7,691.93 |
| Health Insurance | 14,086.86 | 14,190.00 | 14,118.08 |
| Communication | 1,470.85 | 1,427.00 | 2,143.68 |
| Utilities | | | |
| Office Expense | 522.43 | 810.00 | 810.00 |
| Dues & Memberships | 175.00 | 200.00 | 200.00 |
| Repairs & Maintenance | | | |
|    Buildings/Grounds | | | |
|    Equipment | | 500.00 | 250.00 |
|    Vehicles | | | |
| Services | | | |
|    Service Contract/Licenses | 2,033.15 | 2,000.00 | 3,600.00 |
|    Other Services | 165.00 | | |
| Education & Travel | 1,155.84 | 2,000.00 | 2,250.00 |
| Fuel | | | |
| Misc. | | | |
| Furniture & Equip. (less than $500) | 227.99 | 490.00 | 490.00 |
| Capital Outlay | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | **117,724.31** | **146,930.26** | **150,695.59** |

17

# Presidio County, Texas



FILED FOR RECORD at 2:43 P.M.

OCT 0 4 2019

COUNTY CLK, PRESIDIO CO.

## ADOPTED BUDGET

## FISCAL YEAR 2020

### 10-1-2019 TO 9-30-2020

This budget will raise less revenue from property taxes than last year's budget by an amount of $13,544, which is an .37% decrease from last year's budget.  The property tax revenue to be raised from new property added to the tax roll this year is $20,196.

Members of Commissioners Court voting in favor of the budget : Judge Cinderela Guevara; Commissioner Eloy Aranda; Commissioner Brenda Bentley; Commissioner Frank Knight.
Members absent:  Commissioner Jose Cabezuela
Members voting against the budget:  none

| Tax Rates/Debt Obligations | FY 2019 | FY 2020 |
|---|---|---|
| Property tax rate | $0.614750 | $0.604250 |
| Effective tax rate | $0.571560 | $0.604250 |
| Effective M&O tax rate | $0.521210 | $0.553290 |
| Rollback tax rate | $0.614750 | $0.611470 |
| Debt tax rate | $0.051850 | $0.050960 |
| Total debt oglibations | $483,000.00 | $221,512.00 |



PX 9

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:  COUNTY COMMISSIONERS
Department Number:  010-104

| | FY2018 Actual | FY2019 Budget | FY2020 Budget |
|---|---|---|---|
| **EXPENDITURES** | | | |
| Salaries, Elect/Appt/Dept Head | 68,094.39 | 79,391.92 | 83,028.56 |
| Salaries, Deputies/Assistants | | | |
| Labor | | | |
| FICA/Medicare | 5,209.28 | 6,073.53 | 6,351.68 |
| Retirement | 4,457.50 | 5,517.78 | 6,152.42 |
| Health Insurance | 21,713.57 | 28,236.16 | 28,236.16 |
| Communications | 0.00 | 0.00 | |
| Utilities | | | |
| Office Expense | | | |
| Dues & Memberships | 1,200.00 | 1,250.00 | 1,250.00 |
| Repairs & Maintenance | | | |
|    Buildings/Grounds | | | |
|    Equipment | | | |
|    Vehicles | | 500.00 | 500.00 |
| Services | | | |
|    Service Contract/Licenses | | | |
|    Other Services | | | |
| Education & Travel | 5,030.96 | 9,000.00 | 12,000.00 |
| Fuel | 748.16 | 1,000.00 | 1,000.00 |
| Misc. | | | |
| Furniture & Equip. (less than $500) | | | |
| Capital Outlay | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | 106,453.86 | 130,969.39 | 138,518.82 |

6

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:    CO. TREASURER
Department Number:   010-115

| EXPENDITURES | FY2018 Actual | FY2019 Budget | FY2020 Budget |
|---|---|---|---|
| Salaries, Elect/Appt/Dept Head | 44,282.68 | 44,282.45 | 45,191.68 |
| Salaries, Deputies/Assistants | 33,683.30 | 34,611.20 | 35,547.20 |
| Labor | | | |
| FICA/Medicare | 5,964.50 | 6,035.38 | 6,176.52 |
| Retirement | 5,104.35 | 5,483.12 | 5,982.75 |
| Health Insurance | 14,313.65 | 14,118.08 | 14,118.08 |
| Communications | 1,714.64 | 1,551.84 | 1,400.00 |
| Utilities | | | |
| Office Expense | 3,242.24 | 2,882.74 | 2,882.74 |
| Dues & Memberships | 175.00 | 175.00 | 175.00 |
| Repairs & Maintenance | | | |
|    Buildings/Grounds | | | |
|    Equipment | | | |
|    Vehicles | | | |
| Services | | | |
|    Service Contract/Licenses | 1,386.66 | 2,380.00 | 2,380.00 |
|    Other Services | 867.47 | 1,000.00 | 1,131.25 |
| Education & Travel | 1,550.34 | 4,000.00 | 4,486.00 |
| Fuel | 327.00 | 486.00 | |
| Misc. | | | |
| Furniture & Equip. (less than $500) | 823.97 | 1,000.00 | 1,000.00 |
| Capital Outlay | 0.00 | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | **113,435.80** | **118,005.81** | **120,471.23** |

**PRESIDIO COUNTY**
**ADOPTED BUDGET**

Department Name:    CO. AUDITOR
Department Number:  010-118

| EXPENDITURES | FY2018 Actual | FY2019 Budget | FY2020 Budget |
|---|---|---|---|
| Salaries, Elect/Appt/Dept Head | 51,936.04 | 51,936.04 | 52,845.04 |
| Salaries, Deputies/Assistants | 35,971.85 | 36,899.20 | 35,256.00 |
| Labor | 0.00 | 21,840.00 | 21,840.00 |
| FICA/Medicare | 6,725.03 | 8,466.66 | 8,410.49 |
| Retirement | 5,755.34 | 7,691.93 | 8,146.63 |
| Health Insurance | 14,313.65 | 14,118.08 | 14,118.08 |
| Communication | 1,713.56 | 2,143.68 | 1,850.00 |
| Utilities | | | |
| Office Expense | 463.19 | 810.00 | 1,000.00 |
| Dues & Memberships | 175.00 | 200.00 | 200.00 |
| Repairs & Maintenance | | | |
| Buildings/Grounds | | | |
| Equipment | | | |
| Vehicles | 379.98 | 250.00 | 250.00 |
| Services | | | |
| Service Contract/Licenses | 1,386.67 | 3,600.00 | 3,600.00 |
| Other Services | 0.00 | | |
| Education & Travel | 1,317.17 | 2,250.00 | 2,650.00 |
| Fuel | | | |
| Misc. | | | |
| Furniture & Equip. (less than $500) | 484.97 | 490.00 | |
| Capital Outlay | | | 1,350.00 |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| Other _____ | | | |
| **Total Expenditures** | 120,622.45 | 150,695.59 | 151,516.24 |

17

# Presidio County, Texas



## ADOPTED BUDGET

## FISCAL YEAR 2020

## 10-1-2020 TO 9-30-2021

This budget will raise less revenue from property taxes than last year's budget by an amount of $74,655, which is a 2.29% decrease from last year's budget. The property tax revenue to be raised from new property added to the tax roll this year is $16,357.

Members of Commissioners Court voting in favor of the budget : Judge Cinderela Guevara; Commissioner Eloy Aranda; Commissioner Brenda Bentley; Commissioner Frank Knight; Commissioner Jose Cabezuela
Members absent:  none
Members voting against the budget:  none

| Tax Rates/Debt Obligations | FY 2020 | FY 2021 |
|---|---|---|
| Property tax rate | $0.604250 | $0.553000 |
| No-new-revenue tax rate | $0.604250 | $0.556480 |
| No-new-revenue M & O tax rate | $0.553290 | $0.512040 |
| Voter-approval tax rate | $0.611470 | $0.553000 |
| Debt tax rate | $0.050960 | $0.000000 |
| Total debt oglibations | $221,512.00 | $0.00 |



```
09/29/20                                PRESIDIO COUNTY                                      PAGE   3
TIME:02:15 PM                    FISCAL YEAR 2021 ADOPTED BUDGET                       PREPARER:0014
                                    MAINTENANCE & OPERATIONS
```

| Account Number and Title | T C | Actual Exper YEAR - 2019 | Amended Budget YEAR - 2020 | Prop Budget YEAR - 2021 |
|---|---|---|---|---|
| **REPORTING FUND: 0010 GENERAL FUND** | | | | |
| **0104  CO COMMISSIONERS EXPENDITURES** | | | | |
| 0401 SALARY COMMISSIONERS | E | 79,392.57 | 83,028.56 | 87,028.40 |
| 0410 FICA | E | 6,079.10 | 6,351.68 | 6,657.67 |
| 0411 MEDICAL INSURANCE | E | 26,370.37 | 26,236.16 | 28,356.00 |
| 0412 RETIREMENT | E | 5,460.87 | 6,152.42 | 6,266.04 |
| 0425 OFFICE EXPENSES | E | 0.00 | 0.00 | 0.00 |
| 0430 DUES & MEMBERSHIPS | E | 1,200.00 | 1,250.00 | 1,250.00 |
| 0434 EDUCATION & TRAVEL | E | 9,242.10 | 12,000.00 | 11,557.00 |
| 0440 COMMUNICATIONS | E | 0.00 | 0.00 | 0.00 |
| 0450 FUEL | E | 745.28 | 1,000.00 | 1,000.00 |
| 0477 REPAIRS & MAINT VEHICLES | E | 15.00 | 500.00 | 500.00 |
| CO COMMISSIONERS EXPENDITURES | | 128,505.29 | 138,518.82 | 142,615.11 |
| **0105 COUNTY V A OFFICER EXPENDITURES** | | | | |
| 0401 SALARY V A OFFICER | E | 20,670.52 | 21,579.52 | 22,579.48 |
| 0410 FICA | E | 1,581.32 | 1,650.84 | 1,727.33 |
| 0412 RETIREMENT | E | 1,420.40 | 1,599.04 | 1,625.72 |
| 0425 OFFICE EXPENSES | E | 80.99 | 590.00 | 590.00 |
| 0430 DUES AND MEMBERSHIPS | E | 0.00 | 20.00 | 20.00 |
| 0434 EDUCATION & TRAVEL | E | 162.00 | 828.00 | 724.00 |
| 0440 COMMUNICATIONS | E | 350.81 | 330.00 | 325.00 |
| 0450 FUEL | E | 758.22 | 892.00 | 892.00 |
| 0451 OPERATING SUPPLIES | E | 623.99 | 800.00 | 800.00 |
| 0650 CAPITAL | E | 0.00 | 0.00 | 0.00 |
| 0651 FURN & EQUIP < $500 | E | 123.28 | 0.00 | 0.00 |
| COUNTY V A OFFICER EXPENDITURES | | 25,771.53 | 28,289.40 | 29,283.53 |
| **0106 REGISTRAR** | | | | |
| 0425 OFFICE EXPENSE | E | 0.00 | 661.00 | 661.00 |
| 0434 EDUCATION & TRAVEL | E | 0.00 | 1,000.00 | 922.00 |
| 0650 CAPITAL OUTLAY | E | 0.00 | 599.00 | 599.00 |
| 0651 FURN & EQUIP < $500 | E | 0.00 | 340.00 | 340.00 |
| REGISTRAR | | 0.00 | 2,600.00 | 2,522.00 |
| **0107 NON DEPARTMENTAL EXPENDITURES** | | | | |
| 0400 TRANSFERS TO OTHER FUNDS | E | 123,080.06 | 42,500.00 | 30,000.00 |
| 0406 FINANCIAL OFF. TEMP. LABOR | E | 0.00 | 10,000.00 | 10,000.00 |
| 0407 COMP TIME PAYOUT | E | 47,406.70 | 14,000.00 | 0.00 |
| 0409 MISCELLANEOUS LABOR | E | 4,100.00 | 0.00 | 0.00 |
| 0410 FICA | E | 3,936.70 | 765.00 | 765.00 |
| 0411 MEDICAL INSURANCE | E | 12,667.85 | 14,189.36 | 30,696.00 |
| 0412 RETIREMENT | E | 3,439.62 | 741.00 | 720.00 |
| 0413 WORKERS COMP | E | 22,014.00 | 22,719.00 | 17,569.00 |
| 0414 UNEMPLOYMENT COMP | E | 3,108.78 | 10,350.00 | 15,500.00 |
| 0430 DUES & MEMBERSHIPS | E | 4,991.00 | 5,576.00 | 5,576.00 |
| 0440 COMMUNICATIONS | E | 4,821.27 | 2,850.00 | 2,850.00 |
| 0445 NOTICES | E | 7,078.25 | 6,256.00 | 5,000.00 |

```
09/29/20                              PRESIDIO COUNTY                          PAGE   6
TIME:02:15 PM                  FISCAL YEAR 2021 ADOPTED BUDGET               PREPARER:0014
                                  MAINTENANCE & OPERATIONS
```

| Account Number and Title | T C | Actual Exper YEAR - 2019 | Amended Budget YEAR - 2020 | Prop Budget YEAR - 2021 |
|---|---|---|---|---|
| REPORTING FUND: 0010 GENERAL FUND | | | | |
| 0409 COURT RECORDER SUPPLEMENT | E | | 1,200.00 | 1,500.00 |
| 0410 FICA | E | 2,491.32 | 2,114.51 | 2,059.06 |
| 0411 MEDICAL INSURANCE | E | 9,030.70 | 5,535.12 | 3,244.00 |
| 0412 RETIREMENT | E | 2,237.96 | 2,011.32 | 1,937.94 |
| 0420 CAR ALLOWANCE | E | 0.00 | 0.00 | 0.00 |
| 0425 OFFICE EXPENSES | E | 427.52 | 956.69 | 956.29 |
| 0430 DUES & MEMBERSHIPS | E | 340.75 | 357.30 | 357.30 |
| 0434 EDUCATION AND TRAVEL | E | 2,056.26 | 1,636.31 | 1,636.31 |
| 0440 COMMUNICATIONS | E | 1,050.94 | 1,988.20 | 1,988.20 |
| 0450 FUEL | E | 0.00 | 0.00 | 0.00 |
| 0462 OTHER SERVICES | E | 0.00 | 19,333.19 | 17,833.19 |
| 0463 VISITING JUDGES | E | 1,098.00 | 2,090.90 | 2,090.90 |
| 0464 COURT REPORTER/VISITING | E | 714.21 | 271.90 | 1,500.00 |
| 0495 UTILITIES | E | 0.00 | 385.00 | 385.00 |
| 0540 LIABILITY INSURANCE | E | 300.00 | 339.90 | 339.90 |
| 0547 JUDICIAL ADMIN DISTR ASSESS | E | 0.00 | 0.00 | 0.00 |
| 0580 LAW LIBRARY | E | 391.84 | 1,326.64 | 1,326.64 |
| 0599 MISCELLANEOUS | E | 300.19 | 4,134.25 | 4,134.25 |
| 0650 CAPITAL | E | 0.00 | 3,005.22 | 3,005.22 |
| 0651 FURN/EQUIPMENT < $500 | E | 0.00 | 1,334.60 | 1,334.60 |
| DISTRICT COURT EXPENDITURES | | 53,007.03 | 74,461.65 | 71,044.62 |
| 0113 DISTRICT ATTORNEY EXPENDITURES | | | | |
| 0462 OTHER SERVICES | E | 36,200.00 | 36,200.00 | 35,285.00 |
| DISTRICT ATTORNEY EXPENDITURES | | 36,200.00 | 36,200.00 | 35,285.00 |
| 0115 COUNTY TREASURER EXPENDITURES | | | | |
| 0401 SALARY TREASURER | E | 44,282.68 | 45,191.68 | 46,191.64 |
| 0402 DEPUTY | E | 34,611.20 | 35,547.20 | 36,587.20 |
| 0406 LABOR | E | 0.00 | 0.00 | 0.00 |
| 0410 FICA | E | 6,035.38 | 6,176.52 | 6,332.58 |
| 0411 MEDICAL INSURANCE | E | 14,187.54 | 14,118.08 | 14,178.00 |
| 0412 RETIREMENT | E | 5,421.54 | 5,982.75 | 5,960.08 |
| 0425 OFFICE EXPENSES | E | 2,764.04 | 2,882.74 | 2,882.74 |
| 0430 DUES & MEMBERSHIPS | E | 175.00 | 175.00 | 175.00 |
| 0434 EDUCATION & TRAVEL | E | 3,368.06 | 3,743.30 | 4,486.00 |
| 0440 COMMUNICATIONS | E | 1,329.54 | 1,550.00 | 1,550.00 |
| 0450 FUEL | E | 130.13 | 0.00 | 0.00 |
| 0461 SERVICE CONTRACT/LICENSES | E | 1,855.00 | 1,855.00 | 2,380.00 |
| 0462 OTHER SERVICES | E | 611.25 | 560.00 | 1,131.25 |
| 0650 CAPITAL | E | 0.00 | 2,450.00 | 0.00 |
| 0651 FURN/EQUIPMENT < $500 | E | 713.80 | 388.95 | 500.00 |
| COUNTY TREASURER EXPENDITURES | | 115,455.16 | 120,621.22 | 122,354.49 |
| 0116 OMB EXPENDITURES | | | | |
| 0401 HEAD OF DEPARTMENT | E | | 0.00 | 0.00 | 0.00 |
| 0402 ASSISTANTS | E | 0.00 | 0.00 | 0.00 |
| 0406 LABOR | E | 0.00 | 0.00 | 0.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| MARY CATHERINE "KATIE" SANCHEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:19-CV-00037 |
| | § | |
| PRESIDIO COUNTY, TEXAS and | § | |
| FRANCES GARCIA in her individual | § | |
| capacity, | § | |
| Defendants | § | |

### DEFENDANTS' OBJECTIONS AND RESPONSES TO
### PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION

TO:   Plaintiff, Mary Catherine "Katie" Sanchez, by and through her attorney of record, John A. Wenke.

Presidio County, Texas, and Frances Garcia in her individual capacity, Defendants in the above entitled and numbered cause, present these their objections and responses to Plaintiff's First Set of Request for Production of Documents, such objections and responses being for the purpose of this action only.

Respectfully submitted,

JACKSON WALKER L.L.P.
135 W. Twohig Ave., Suite C
San Angelo, Texas 76903
jmhogg@jw.com
(325) 481-2560
(325) 481-2585 - Facsimile

By: /s/ Jon Mark Hogg
        Jon Mark Hogg
        State Bar No. 00784286

ATTORNEYS FOR DEFENDANTS

PX 12

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of December, 2019, a true and correct copy of the foregoing was served by email upon John A. Wenke, lawoffice@johnwenke.com, 501 E. California Ave., El Paso, Texas 79902.

/s/ Jon Mark Hogg
Jon Mark Hogg

8.   A copy of any documents that refer or related to training given to Defendant Garcia in the past five (5) years regarding First Amendment rights and retaliation against employees or officials exercising their First Amendment Rights.

**RESPONSE:**

None.

Message

| | |
|---|---|
| From: | treasurer@co.presidio.tx.us [treasurer@co.presidio.tx.us] |
| Sent: | 3/28/2018 6:58:28 AM |
| To: | Chase Snodgrass [airplanedriver@gmail.com] |
| Subject: | Re: TAC SURVEY OF INSURED PROPERETIES |

Good Morning Chase,
I am working on putting an agenda item on Commissioner's Court in reference to
OMB complaints I have. I spoke to Commissioner Bentley about this and she wants
to know if you would be willing to come together with me on this. I am fixing to talk
to Virgie as well. I have had it with her. I asked her for copies of contracts and was
told to get them from the County Clerks Office. She refused to give them to me. I
can't deal with her anymore. Let me know what you think.

Regards,

Frances

-----Original Message-----
From: "Chase Snodgrass" <airplanedriver@gmail.com>
Sent: Tuesday, March 27, 2018 4:40pm
To: treasurer@co.presidio.tx.us
Subject: Re: TAC SURVEY OF INSURED PROPERETIES

Hi Frances,
I am in Galveston this week. Would be great to get together with you next week. Just let me know what day and time.

Regards

Chase Snodgrass
Presidio County Airports Director
(832) 588-8888 cell
Sent from my iPhone

On Mar 27, 2018, at 2:40 PM, treasurer@co.presidio.tx.us wrote:

Hi Chase,
The copies of the list of properties that Sam sent you is what I have. I don't
have anything different. That comes from the insurance company itself.
Are you back in Presidio? I can make it a point to go down there sometime
next week. We can get together and look at it. Let me know when would be
a good time for you. I need to go and visit other people as well. I would like
to kill two birds (or three) with one stone. I will talk to you soon.

Regards,
Frances

-----Original Message-----
From: "Chase Snodgrass" <airplanedriver@gmail.com>
Sent: Monday, March 26, 2018 4:59pm
To: "treasurer" <treasurer@co.presidio.tx.us>
Subject: Fwd: TAC SURVEY OF INSURED PROPERETIES

Hi Frances,
The item descriptions on the attached spreadsheets do not tell what or where each building is.  Do you have any other
information that describes airport buildings covered by the policy?
Respectfully,

PX_13

PC 01112

Chase
---------- Forwarded message ----------
From: <facilitiesmanager@co.presidio.tx.us>
Date: Mon, Mar 5, 2018 at 5:06 PM
Subject: TAC SURVEY OF INSURED PROPERETIES
To: airplanedriver@gmail.com
Cc: treasurer@co.presidio.tx.us, countyjudge@co.presidio.tx.us, earanda@presidio-isd.net, lore_asu@yahoo.com, bbentley@co.presidio.tx.us

Chase,
attached are copies of a spreadsheet showing existing properties insured by TAC.

Please review and let Frances know if you want any changes for the coming year.

Let me know if you have any questions.

Sam

Message

| | |
|---|---|
| **From:** | treasurer@co.presidio.tx.us [treasurer@co.presidio.tx.us] |
| **Sent:** | 7/26/2018 8:40:18 AM |
| **To:** | TAC [tac-tre@list.county.org] |
| **Subject:** | OMB |

Good Morning Everyone.
I need to find out how many counties with a population of 10,000 and under have a County Treasurer, an Auditor and an Office of Management and Budget. Our county has all three and I know for a fact we don't need that many financial offices. Please let me know if you all do or do not and what the pros and cons are.

Many Thanks!!


Frances Garcia
Presidio County Treasurer
P.O. Box 1055
Marfa, Texas 79843
432-729-4076 (office)
432-729-4071 (fax)


PX 14

PC 00603

Message

**From:**        treasurer@co.presidio.tx.us [treasurer@co.presidio.tx.us]
**Sent:**        8/1/2018 3:16:18 PM
**To:**          Chase Snodgrass [airplanedriver@gmail.com]
**Subject:**     Job Description
**Attachments:** CCF08012018_0003.pdf

Hey Chase,
See attached OMB job description. This was recorded with the minutes several
years ago. I will call you in a while.

Frances



PC 01094

*6 - 04 - 17*

# MEMO

To:        Presidio Co. Commissioners Court ("CCT")
From:      Presidio Co. Auditor
Subject:   Plan to Complete/Make Operational OMB
Date:      June 19, 2014

This CCT was wise when it determined during FY [2013] that Presidio County would be best positioned to satisfy: i) its duties to Texas regarding compliance with the laws pertinent to the operation of County Govt., and ii) its duties to the taxpayers and citizens of Presidio County by creating the Office of Management & Budget ("OMB").

The original objective was and remains to make permanent, or "institutionalize" core financial and administrative functions, which, among other things, helps ensure:

- Timely, accurate financial information
- Positions the County to comply with transparency statutes for greater accountability
- Restores the County's outside reputation with creditors and vendors by moving towards unqualified annual independent audits, and
- Makes permanent well designed, fully implemented and closely monitored operational procedures that have a financial impact due to their connection to revenues and/or expenditures.

## OMB Objectives:

This office will have wide ranging duties, as outlined subsequently herein. The "mission" of OMB is to:

- enhance the effective, efficient operation of Presidio County,
- maintain fiscal integrity and financial condition
- operating under the guidance of the Co. Auditor, develop, implement and enforce appropriate policies and procedures
- provide timely, accurate and objective information and recommendations
- assist in preparing and administering operating and capital budgets
- help ensure resources are efficiently allocated and productively utilized.

## County Auditor's Role:

2 - 12 - 13

**PRESIDIO COUNTY**
**POSITIONS FOR PROJECT COORDINATORS**
**WILL COMPOSE THE NEW OFFICE OF MANAGEMENT AND BUDGET (OMB)**

These new positions report to the Presidio County Judge with a salary commensurate with experience. Employee benefits include medical insurance, and retirement. These coordinators are expected to be self-motivated to initiate and manage all facets of multiple county projects from beginning to end. They will interface with the Judge, his administrative assistant, the appropriate Commissioner(s), county department heads, as well as other federal, state, and local officials.

Applicants must have a college degree or equivalent with experience in economics, business, or public administration, and planning. Bilingual skills with fluent Spanish is recommended. Excellent communication skills are a must.

The OMB will have the responsibility to coordinate projects for the following general areas: Border Infrastructure, Community and Environment, Emergency Services, Law Enforcement, Facilities and Parks, Capital Projects, Airports, and Economic Development.

Project coordinator functions will include grant applications and financial reporting as well as timely responses to grant notices and deadlines, solicitation for engineers and construction firms, bidding and selection process and contract compliance. Successful applicants will require sophisticated research and computer skills for data collection, analysis, and preparation of reports and presentations.

Send resumes to the Presidio County Judge's Office, P. O. Box 606, 300 N. Highland, Marfa, Texas 79843. More information can be obtained by calling 432-729-4452. Presidio County is an Affirmative Action/Equal Opportunity Employer and requires that all subcontractors do likewise.

1/20/2012

PC 01096

August 22, 2018

Judge Cinderela Guevara
Presidio County Commissioners Court
P.O. Box 606
Marfa, Texas 79843

To the members of the Court, I hereby tender my resignation from Presidio County Office of Management and Budget, effective immediately.

Respectfully,

Jeanne Hall

PX 16

# PRESIDIO COUNTY, TEXAS
# COMMISSIONERS COURT
# NOTICE OF SPECIAL MEETING
# Ammended Agenda @ 5:22 AM
# Friday March 30, 2018

The Presidio County Commissioners Court will meet on Wednesday, April 4, 2018 at 9:30 a.m. in the Presidio County Courthouse in Marfa, Texas 79843

NOTE: The Commissioners Court may recess at 12:00 P.M. and may reconvene at 1:30 P.M.

## CINDERELA GUEVARA
## COUNTY JUDGE

BRENDA BENTLEY
COMMISSIONER, PRECINCT 1

ELOY ARANDA
COMMISSIONER, PRECINCT 2

LORETTO VASQUEZ COMMISSIONER, PRECINCT 4

VIRGINIA PALLAREZ CLERK OF THE COURT

Questions regarding the agenda should be directed to the Presidio County Commissioner's Court Support at (432)7294452. The agenda is available on the County's website (http://www.co.presidio.tx.us) Click on "Public Notices or Commissioners' Court" tabs.



PX 17

PC 01790

# COMMISSIONERS COURT CEREMONIAL AGENDA
## (Cinderela Guevara)

1. Establish a quorum
2. Opening Prayer
3. Pledge of Allegiance

# COMMISSIONERS COURT REGULAR AGENDA

## TIME CERTAIN ITEMS:

4. Communications from citizens who signed the register to speak. (3 minutes per person)
5. Announcements to Commissioner's Court from County Judge and Commissioners (15 minutes or more)
6. Approval of Presidio County Commissioners Meeting Minutes, Feb. 14 and 21st and March 8, 2018.

## INDIVIDUAL AGENDA ITEMS

The following agenda items may be considered at any time during this meeting.

**Item brought by Presidio County Treasurer**                                    **Honorable Frances Garcia**
**7.** Discussion with action to approve payroll for Presidio County Employees.
**Item brought by Presidio County Facilities Manager**                                    **Sam Cobos**
**8.** Discussion with action to ratify the continuation of TRANE maintenance contract of courthouse HVAC systems for three (3) years starting April 2018 ending March 2021.
**9. Convene into Executive Session Pursuant to Local Government Code 551.074 Personnel Matters** regarding consideration of appointment, employment, evaluation, reassignment duties, discipline or dismissal of a Presidio County Employee and to ensure routine tasks are completed on a regular schedule. Specifically, select a custodian from a pool of applicants for the Presidio County Courthouse and to advertise a job vacancy at the Presidio County North Park.

**10. Reconvene from Executive Session.   Discuss and act upon** Personnel Matters regarding consideration of appointment, employment, evaluation, reassignment duties, discipline or dismissal of a Presidio County Employee at the Presidio County Courthouse and to ensure Presidio Courthouse custodian routine tasks are completed on a regular schedule. Specifically, offer custodial position to selectee for the Presidio County Courthouse and begin advertising North Park vacancy immediately.

10. Reconvene from execution Session and act upon as necessary.
**Item brought by Presidio County OMB Director**                                    **Katy Sanchez**
**11.** Discussion with action to approve appointment of a team to design and write evaluation criteria for construction bids for the Texas Department of Agriculture (TDA), Texas Community Block Grant

(TxCDBG), Water and Sewer Improvements in Colonies of Candelaria and Pueblo Nuevo and subsequent evaluations of bids.

**12.  Discussion with action to approve Addendum for the Texas Department of Agriculture  Texas Community Development Block Grant for waste and sewer improvements in colonias of Candelaria and Pueblo Nuevo.**

**13.**   Discussion with action to approve the "Request for Qualifications" to select an engineer for the Texas Alternative Program Project (TAP) for Presidio County and the City of Presidio.

14.   Discussion with action to fill vacant airport attendant/maintenance position.


## CONSENT AGENDA ITEMS:

All items under the Consent Agenda are heard and acted upon collectively unless opposition Is presented, in which case the consented item will be considered, discussed, and appropriate action taken separately.

**13.** Discussion with action to approve County Auditor's Budget amendments and Line Item Transfers. **(Patty Roach, Auditor)**

**14.** Discussion with action to approve Presidio County's bills from March 21, 2018 to present. **(Honorable Frances Garcia, Treasurer)**

**15.** Discussion with approval of Office of Management and Budget Report to include assets/inventory transfers. **(Katy Sanchez, Director OMB)**

16. Discussion with action to approve the following reports:

    a.  Justice of the Peace, PCT 1 report for February 2018.

    b.  Presidio Fire Department report.

    c.  Presidio EMS Department report.

**16.**Adjournment.

**Notice to the Public:**
Agenda items may be considered, deliberated and/or acted upon in a different order than set forth above.
Presidio County Commissioners' Court reserves the right to discuss any of the above items in Executive (closed)
Session whenever permitted by the Texas Open Meeting Act

**Notice to the Public:**
The Presidio County Commissioners Court reserves the Right to Adjourn into Executive Session at any time during
the course of this meeting to discuss any of the matters listed above, as authorized by the Texas Government
Code including, but not limited to, Sections 551.071 (Consultation with Attorney), 551.072 (Deliberations about
Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 (Personnel Matters) and 551.0725
(Deliberations by Certain Commissioners Courts about Contracts Being Negotiated).

Message

| | |
|---|---|
| **From:** | recordsclerk@co.presidio.tx.us [recordsclerk@co.presidio.tx.us] |
| **Sent:** | 9/18/2018 7:22:01 AM |
| **To:** | pontonrod@gmail.com |
| **Subject:** | OMB |

Rod,

Can you advise me if I have any grievance or appeal rights to challenge the decision to abolish the OMB office and my position of director? I assume the answer is no, but I just want to confirm.

Have a great day,

Katie





PX 19



PX 20

# TEAM LEGAL
## ... is now ...
# LEXITAS™

13100 Wortham Center Drive, Suite 140
Houston, Texas 77065
(713) 937-4242   Fax (713) 937-9995
Toll Free 800-882-3376   www.lexitaslegal.com/conciergerecords

## Mary Catherine "Katie" Sanchez vs. Presidio County, Texas, et al.

Records Regarding:  **Mary Catherine "Katie" Sanchez**
Records From:       **Shannon Clinic - South**
Type of Records:    **Medical**

**The records were provided in a printout format
and have been arranged to the best of our ability.**

**These records have been chronologically arranged by Team Legal.**

**PX 21**

Order No. 27736.001

**COURT REPORTING | VIDEO DEPOSITIONS | RECORD RETRIEVAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

MARY CATHERINE "KATIE" SANCHEZ     :
:
:
vs.                                     :     CIVIL ACTION NO.  4:19-CV-00037
:
PRESIDIO COUNTY, TEXAS AND       :
FRANCES GARCIA in her individual capacity  :

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  Shannon Clinic - South (Attn: Release of Information)

Records Pertaining To: Mary Catherine "Katie" Sanchez

Type of Records:  any and all medical records from 8/22/13 to the present (on paper and/or in electronic format), including but not limited to, all treatment records, reports, notes, tests and results, patient demographics and/or face sheets, patient registration form(s), patient history, sign-in sheets, consents, insurance information, questionnaires, correspondence, records contained in the file from other sources, and all related documents

1.  Please state your full name.

    Answer:  _Sharella Hall_

2.  Please state by whom you are employed and the business address.

    Answer:  _Shannon Medical Center, 120 E Harris_
    _San Angelo Tx 76903_

3.  What is the title of your position or job?

    Answer:  _Asst Director Medical Records/HIM_

4.  Are the medical records, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

    Answer:  _Yes_

5.  Are you able to identify these medical records as the originals or true copies of the originals?

    Answer:  _Yes_

6.  Please hand to the Notary Public taking this written deposition copies of the medical records mentioned in Question No. 4. Have you complied? If not, why?

    Answer:  _Yes_

Order No. 27736.001                Team Legal

7. Are the copies which you have handed to the Notary Public taking this written deposition true and correct copies of all such medical records?

Answer: _Yes_

8. Were such medical records kept in the regular course of business of this facility?

Answer: _Yes_

9. Please state whether or not it was the regular course of business of the above mentioned facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record.

Answer: _Yes_

10. Were the medical records made by nurses, doctors and other employees or representatives made at or near the time when the acts, events, conditions, courses of treatment, diagnoses and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: _Yes_

_Sharella Hall_
WITNESS (Custodian of Records)

. Before me, the undersigned authority, on this day personally appeared _SHARELLA HALL_, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _4th_ day of _March_, 20 _21_.

_Betty Sue Cowsert_
NOTARY PUBLIC
My Commission Expires: _2/5/2024_

Betty Sue Cowsert
My Commission Expires
02/05/2024
ID No 132344981

# TEAM LEGAL

The Leader in Litigation Support

Order No. 27736.001                     Team Legal

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 11/13/2020

## 11/13/2020 - Orders Only in Shannon Clinic South 1 Family Medicine

**Reason for Visit**

Visit Diagnoses *[last edited by Cynthia Vega-Bart, MA on 11/13/2020 1523]*

- **Mixed hyperlipidemia (primary)**
- **Fatigue**

## Visit Information

**Provider Information**

Encounter Provider
Cynthia Vega-Bart, MA

**Department**

| Name | Address | Phone |
|---|---|---|
| Shannon Clinic South 1 Family Medicine | 2142 Sunset Dr San Angelo TX 76904 | 325-658-1511 |

## Medication List

**Medication List**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

None

**Stopped In Visit**

None

## Flowsheets

**Vital Signs**

| Row Name | 11/13/20 1522 | | | | |
|---|---|---|---|---|---|
| **NarxCare Scores** | | | | | |
| Narcotic Score | 0 | | | | |
| | -DI at 11/13/20 1522 | | | | |
| Sedative Score | 0 | | | | |
| | -DI at 11/13/20 1522 | | | | |
| Stimulant Score | 0 | | | | |
| | -DI at 11/13/20 1522 | | | | |
| Overdose Risk Score | 0 NARxCHECK scores | | | | |
| | -DI at 11/13/20 1522 | | | | |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| DI | Interface, Doc Flowsheet In | — | — | — |

---

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such, information contained in the record is fluid and subsequent requests may not yield the exact same results.

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 1/14/2021

**01/14/2021 - Appointment in Shannon Clinic Southwest Draw Station Lab**

**Reason for Visit**

Visit Diagnoses *[last edited by Victoria Castaneda, PHLEB on 1/14/2021 0806]*

- Mixed hyperlipidemia
- Fatigue

**Visit Information**

**Appointment Information**

| LAB | |
| --- | --- |
| 1/14/2021  8:25 AM | Completed |

| Time | Provider | Department | Length |
| --- | --- | --- | --- |
| 8:25 AM | SCSW DRAW STATION LAB | SCSW DRAW STATION LAB | 5 min |

| Arrival Time: | 7:54 AM | Enc Form Number: | 2727517 |
| --- | --- | --- | --- |

Notes:
  Rutledge

**History**

| Made On: | 1/14/2021  7:54 AM | By: | Maria Gomez, Clerk | ES |
| --- | --- | --- | --- | --- |
| Checked In: | 1/14/2021  7:54 AM | By: | Maria Gomez, Clerk | ES |
| Remove Arr.: | 1/14/2021  8:22 AM | By: | Victoria Castaneda, PHLEB | ES |
| Checked Out: | 1/14/2021  8:22 AM | By: | Victoria Castaneda, PHLEB | ES |
| Checked Out: | 1/14/2021  8:22 AM | By: | Victoria Castaneda, PHLEB | ES |

**Medication List**

**Medication List**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

Medications last reviewed by Kathie M. Horrace-Voigt, DO on 3/16/2018 1214

**metoprolol tartrate (Lopressor) 25 mg tablet**

| Instructions: Take 1 tablet (25 mg total) by mouth 2 (two) times a day. | |
| --- | --- |
| Authorized by: Cynthia Rutledge, DO | Ordered on: 1/21/2021 |
| Start date: 1/21/2021 | Quantity: 180 tablet |
| Refill: 3 refills by 1/21/2022 | |

**atorvastatin (Lipitor) 20 mg tablet**

| Instructions: Take 1 tablet (20 mg total) by mouth 1 (one) time each day. | |
| --- | --- |
| Authorized by: Cynthia Rutledge, DO | Ordered on: 1/21/2021 |
| Start date: 1/21/2021 | Quantity: 90 tablet |
| Refill: 3 refills by 1/21/2022 | |

**Stopped in Visit**

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.

Printed on 2/22/21 at 11:36 AM
Page236

2

91

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such, information contained in the record is fluid and subsequent requests may not yield the exact same results.

*Palpitations - Improving. Continue with beta-blocker therapy.
R00.2: Palpitations
RNN 9- Palliation

*Muscle pain - New onset. Possibly due to statin therapy. Discontinue the atorvastatin. If symptoms resolve resume therapy at half dose as tolerated.
M79.10: Myalgia, unspecified site

*Supraventricular tachycardia - New onset. Atrial tachycardia noted on recent Holter evaluation. Continue with metoprolol.
I47.1: Supraventricular
tachycardia

**Assessment / Plan**

Patient with symptomatic SVT/ atrial tachycardia. Symptom has improved with beta-blocker therapy. Still with significant fatigue and daytime somnolence. Proceed with overnight oximetry. Sleep study if indicated. Discontinue atorvastatin given new muscle aches. Resume therapy in half dose after 2 weeks. Follow up in 2 months. Consider switching to Crestor if with significant myalgia despite taking atorvastatin in half dose.

Basic Cardio PE:EKHT: no fruit and JVP < 6;No lymphadenopathy; Lungs: clear to auscultation; normal respiratory effort. Cardio: no murmurs or gallops and s1 normal and s2 normal; No heaves lifts or thrills. Abdomen: non tender or distended, no hepatomegaly or splenomegaly, and soft and normal bowel sounds. Extremities: no edema and pulses 2+.

Patient is a 58-year-old female.

**Physical Exam**

Additionally reports: Review of system personally reviewed. Pertinent positives and negatives noted above, KG.

Allergical/Immunological:Allergical/Immunological: no itching, hives, runny nose, nasal congestion, frequent sneezing, or sinus pressure.

Hematological/Lymphatic:Hematological/Lymphatic: no bruising, swollen glands, clotting problems, or bleeding disorders.

Endocrine:Endocrine: no fatigue, cold intolerance, heat intolerance, or unusual body odor.

Psychiatric:Psyc: no irritability, depression, anxiety, paranoia, panic attacks, sleep disturbances, or thoughts about suicide and feeling safe in relationship.

Neurological:Neurological: no loss of consciousness or balance or falls and no weakness, numbness, tingling, tremors, seizures, dizziness, headaches, slurred speech, memory lapses or changes, or difficulty finding desired words.

Integumentary/Skin: no excessive sweating or facial or body hair (hirsutism) and no jaundice, rashes, discoloration, dry skin, abnormal mole, hair thinning, or growths / lesions.

Musculoskeletal:Musculoskeletal: no muscle weakness, arthralgias/joint pain, back pain, or difficulty walking/muscle aches and cramps; and swelling in the extremities.

Genitourinary:Genitourinary: no incontinence, hematuria, pain during urination, difficulty urinating, increased frequency, feelings of urgency, flank pain, or urinary tract infections.

Gastrointestinal:Gastrointestinal: no nausea, vomiting, diarrhea, constipation, heartburn, or abdominal pain and not vomiting blood and normal appetite.

Respiratory:Respiratory: no cough, wheezing, shortness of breath, rapid breathing, sputum production, or coughing up blood.

Cardiovascular:Cardiovascular: no shortness of breath when walking or breath when lying down, no chest pain, arm pain on exertion, known heart murmur, or use of leg pain; and palpitations and ankle edema.

ENT:Ears: no vertigo, difficulty hearing, ear pain, or ringing in the ears (tinnitus). Nose: no difficulty smelling, frequent nosebleeds, or nonserious problems. Mouth/Throat: no snoring, sore throat, difficulty swallowing (dysphagia), anterior neck pain/tenderness, unusual taste of foods, bleeding gums, change in voice, dry mouth, mouth ulcers, oral abnormalities or tooth

Eyes:Eyes: no irritation, floaters, discharge, dry eyes, pain in the eyes, visual changes, sensitivity to light (photophobia), or seeing double (diplopia).

SANCHEZ, MARY (Id #141094, dob: 06/29/1962)

SAN ANGELO • 2142 Sunset Dr., SAN ANGELO TX 7690-4829

Documents (continued)

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639228, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

## 02/22/2021 - Documentation in Shannon Health Information Management (continued)

### Documents (continued)

SA, SAN ANGELO • 2142 Sunset Dr, SAN ANGELO TX 76904-6329

SANCHEZ, MARY (id #1410694, dob: 06/29/1962)

Snoring - persistent. Proceed with overnight oximetry. Sleep study if
indicated.
R06.83:
Snoring

Fatigue - worsening. Proceed with over oximetry. Please see note
above.
R53.83: Other fatigue

Return to Office
CYNTHIA RUTLEDGE, DO for Follow-up 30 at SA_2142 Sunset Dr on 03/22/2019 at 08:30
AM
Kal Sun, DO for Follow-up at SA_3350 Executive Dr Ste 100 on 04/15/2019 at 11:30 AM

Encounter Sign-Off
Encounter signed-off by Kal Sun, DO, 02/13/2019.
Encounter performed and documented by Kal Sun, DO
Encounter reviewed & signed by Kal Sun, DO on 02/13/2019 at 10:25pm

Encounter Date: 01/22/2019
Patient

| Name | SANCHEZ, MARY (56yo, F) ID# 1410694 | Appt. Date/Time | 01/22/2019 09:45AM |
|------|-------------------------------------|-----------------|--------------------|
| DOB | 06/29/1962 | Service Dept. | SA_3501 Knickerbocker Rd |
| Provider | JENNIFER MOSS, MD | | |
| Insurance | Med Primary: BCBS-TX (PPO) | | |

Insurance        Med Primary: BCBS-TX (PPO)
                 Insurance # : ZGP903282134
                 Policy/Group # : 026585
                 Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
                 coverage and all member demographic information. details

Chief Complaint

post operation visit

Pt s/p hysteroscopy, D&C 12/14/18 for PMP bleeding.

Patient's Care Team

Primary Care Provider: CYNTHIA RUTLEDGE DO: 2142 SUNSET DR, SAN ANGELO, TX 76904, Ph (325) 245-4161, Fax (325)
245-4080 NPI: 1043219439

Patient's Pharmacies

COMMUNITY PHARMACY (ERX): 3520 KNICKERBOCKER RD. STE A, SAN ANGELO TX 76904, Ph (325) 949-4577, Fax (325)
224-0997

Vitals

01/22/2019 09:55 am

| Ht: 5 ft 7 in (170.18 cm) | Wt: 183 lbs (83.01 kg) | BMI: 28.7 |
|---------------------------|------------------------|-----------|
| BP: 114/79 sitting L arm | Pulse: 77 bpm | T: 96.7 F* temporal artery (35.94 C) |

O2Sat: 97% Room Air at
Rest

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| atorvastatin 20 mg tablet | | 12/26/18  prescribed | |
|---------------------------|--|---------------------|--|

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

Documents (continued)

---

SA, SAN ANGELO • 2142 Sunset Dr, SAN ANGELO TX 76904-6829

SANCHEZ, MARY (id #1410694), dob: 06/29/1962)

Past Pregnancies

cesarean x 1. SVD x 2

Past Medical History

Discussed Past Medical History
HYPERLIPIDEMIA: Y
PALPITATIONS: Y

HPI

Palpitations
Reported by
patient.
Location: chest
Quality: rapid and sustained
Severity: moderate
Duration: lasts minutes
Onset/Timing: intermittent
Context: at rest
Alleviating Factors: relieved with rest
Aggravating Factors: worse with activity
Associated Symptoms: chest pain; exertional dyspnea; decline in exercise capacity; fatigue
Notes: -

recent laboratory studies reviewed. BMP LFTs were within normal limits.

Electrocardiogram personally reviewed. Sinus rhythm and 73 beats per min. Nonspecific T-wave flattening.

Patient also complains of chest pain with exertional activities.

Patient presents for consultation regarding chest discomfort and palpitation. Referred by Dr. Rutledge.

ROS

Constitutional: Constitutional: no significant weight gain or loss; no fever, chills, or exercise intolerance; fatigue, night sweats, and sleep disturbances: insomnia; and normal appetite.

Eyes: Eyes: no irritation, floaters, discharge, dry eyes, pain in the eyes, visual changes, sensitivity to light (photophobia), or seeing double (diplopia).

ENMT: Ears: no vertigo, difficulty hearing, ear pain, or ringing in the ears (tinnitus). Nose: no difficulty smelling, frequent nosebleeds, or nose/sinus problems. Mouth/Throat: no difficulty swallowing (dysphagia), anterior neck pain/tenderness, unusual taste of foods, bleeding gums, change in voice, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and snoring.

Cardiovascular: Cardiovascular: no chest pain, arm pain on exertion, known heart murmur, or calf or jaw pain; shortness of breath when walking and breath when lying down; and palpitations and ankle edema.

Respiratory: Respiratory: no cough, wheezing, shortness of breath, rapid breathing, sputum production, or coughing up blood.

Gastrointestinal: Gastrointestinal: no nausea, vomiting, diarrhea, constipation, heartburn, or abdominal pain and not vomiting blood and normal appetite.

Genitourinary: Genitourinary: no incontinence, hematuria, pain during urination, difficulty urinating, increased frequency, feelings of urgency, flank pain, or urinary tract infections.

Musculoskeletal: Musculoskeletal: no muscle weakness, arthralgias/joint pain, back pain, or difficulty walking; muscle aches and cramps; and walking in the extremities.

Integumentary: Skin: no excessive sweating or facial or body hair (hirsutism) and no jaundice, rashes, discoloration, dry skin, abnormal mole, hair thinning, or growths / lesions.

Neurologic: Neurologic: no loss of consciousness or balance or falls; no weakness, numbness, tremors, seizures, dizziness, headaches, slurred speech, memory lapses or changes, or difficulty finding desired words; and tingling.

Psychiatric: Psych: no irritability, depression, anxiety, paranoia, panic attacks, sleep disturbances, or thoughts about suicide and

---

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.
Printed on 2/22/21 at 11:36 AM
Page 35

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20839229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

Documents (continued)

---

SA_SAN ANGELO - 2142 Sunset Dr. SAN ANGELO TX 76904-6329

**SANCHEZ, MARY (Id #1410694, dob: 06/29/1962)**

- Pharmacy: COMMUNITY PHARMACY
- THYROID STIM TSH

Hyperlipidemia - if still abnormal, pt will start atorvastatin 20mg QD and re-check in
90d
- E78.5: Hyperlipidemia, unspecified
- LIPID PANEL

Fatigue
- R53.83: Other fatigue
- TSH, ULTRA-SENSITIVE, SERUM
- COMP METAB PANEL
- CBC WITH PLT,WITH DIFF

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 12/21/2018 at COMMUNITY MEDICAL ASSOCIATES - FAMILY PRACTICE - GASTRO - NEUROLOGY shows:
Rate & Rhythm:
  Rate & Rhythm: normal sinus rhythm _____ rate.
Size:
  QRS: normal.
Intervals:
  PR Interval: normal.
  QRS Duration: normal.
  QT Interval: normal QTc.
Interpretation:
  12 lead ECG: normal.

Return to Office
JENNIFER MOSS, MD for Post Op 10 Min at SA_3501 Knickerbocker Rd on 01/04/2019 at 11:15 AM

Encounter Sign-Off
  Encounter signed-off by CYNTHIA RUTLEDGE, DO, 12/21/2018.
Encounter performed and documented by CYNTHIA RUTLEDGE, DO
Encounter reviewed & signed by CYNTHIA RUTLEDGE, DO on 12/21/2018 at 11:44am

Encounter Date: 12/13/2018
Patient
  Name          SANCHEZ, MARY (56yo, F) ID# 1410694    Appt. Date/Time    12/13/2018 03:00PM
  DOB           06/29/1962                             Service Dept.      SA_3501 Knickerbocker Rd
  Provider      JENNIFER MOSS, MD
  Insurance     Med Primary: BCBS-TX (PPO)
                  Insurance # : ZGP903282134
                  Policy/Group # : 025555
                Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
                coverage and all member demographic information. details

Chief Complaint
  pre operation

  Pt scheduled for hysteroscopy, D&C 12/14/2018.

Patient's Care Team
  Primary Care Provider: CYNTHIA RUTLEDGE DO: 2142 SUNSET DR, SAN ANGELO, TX 76904, Ph (325) 245-4181, Fax (325)
  245-4060 NPI: 1043219439

Patient's Pharmacies
  COMMUNITY PHARMACY (ERX): 3520 KNICKERBOCKER RD. STE A, SAN ANGELO TX 76904, Ph (325) 949-4577, Fax (325)
  224-0997

Vitals
        Ht:  5 ft 7 in (170.18 cm)        Wt: 182 lbs (82.55 kg)          BMI:  28.5 12/13/2018 03:18

---

**Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.**

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

Documents (continued)

SA_SAN ANGELO · 2142 Sunset Dr, SAN ANGELO TX 76904-6829

SANCHEZ, MARY (Id #1410694, dob: 06/29/1962)

# Lab Order
01/24/2020

| Order To | Ordering Provider |
|---|---|
| COMMUNITY MEDICAL ASSOC - LAB<br>2142 SUNSET DR<br>SAN ANGELO, TX 76904<br>Phone: (325) 245-4261<br>Fax: (325) 245-4049 | REGIONAL EMPLOYEE ASSISTANCE PROGRAM<br>SA, 2142 Sunset Dr<br>CYNTHIA RUTLEDGE, DO<br>2142 Sunset Dr<br>SAN ANGELO, TX 76904-6829<br>Phone: 325-245-4000<br>Fax: (325) 245-4044 |

| Order | |
|---|---|
| Orders included: 1 | |
| Fatigue \| ICD-10: R53.83: Other fatigue.<br>• TSH, ULTRA-SENSITIVE, SERUM \| BILL: Third Party<br>\| TO BE PERFORMED ON OR AROUND: 01/11/2021 \| ORDERED: 01/24/2020 | |
| Patient Name | SANCHEZ, MARY |
| Sex · DOB · Age | F 06/29/1962 58yo |
| Address | PO BOX 1361<br>MARFA, TX 79843-1361 |
| Phone | h: (432) 295-0516 w: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: ZGP903282134<br>Group: 028585<br>Policy Holder: SANCHEZ, MARY<br><br>Eligibility: Member is eligible. (Verified 01/18/2021) |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: CYNTHIA RUTLEDGE, DO

C Rutledge DO

CYNTHIA RUTLEDGE, DO
01/24/2020
02/22/2021 08:45 AM

Supervising Provider (if Required): CYNTHIA RUTLEDGE, DO

---

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.

Printed on 2/22/21 at 11:36 AM
Page 98

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

**Documents (continued)**

SA, SAN ANGELO • 2142 Sunset Dr, SAN ANGELO TX 76904-6829
**SANCHEZ, MARY (Id #1410694, dob: 06/29/1962)**
SA, SAN ANGELO • 3350 Executive Drive Suite 100, SAN ANGELO TX 76904-6878
**SANCHEZ, MARY (Id #1410694, dob: 06/29/1962)**



HEART AND
VASCULAR
CENTER
COMMUNITY MEDICAL ASSOCIATES

Regional Employee Assistance Program Inc.
3350 Executive Drive Suite 100
SAN ANGELO, TX 76904-6878
Phone: (325) 245-4501, Fax: (325) 245-4008

Date: 01/24/2020  .

Dear Mary Sanchez,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

KAI SUN, DO

## Patient Care Summary for Mary Sanchez

**Most Recent Encounter**
01/24/2020 Kai Sun: 3350 Executive Drive Suite 100, San Angelo, TX 76904-6878, Ph. tel:+1-325-2454501

**Reason for Visit**
hyperlipidemia; 6 month follow up; hypertension; CAD

**Assessment and Plan**

The following list includes any diagnoses that were discussed at your visit.
1. Palpitations
• palpitations: care instructions
2. Supraventricular tachycardia
• supraventricular tachycardia: care instructions
3. Hyperlipidemia
• high cholesterol: care instructions
4. Edema of lower extremity
• leg and ankle edema: care instructions

Discussion Note: None recorded.

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such,
information contained in the record is fluid and subsequent requests may not yield the exact same results.
Printed on 2/22/21 at 11:36 AM
Page124

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

## 02/22/2021 - Documentation in Shannon Health Information Management (continued)

**Documents (continued)**

SA_SAN ANGELO • 2142 Sunset Dr, SAN ANGELO TX 76904-6829
SANCHEZ, MARY (Id #1410694, dob: 06/29/1962)

### Procedures

| Date | Name | Performed by |
|------|------|--------------|
| 02/13/2019 | Nuclear Diagnostic Exam<br>Notes: exercise nuclear. RE: cp. Exercised for 7 mets. + ekg portion ( 1 mm upsloping ST depression). No ischemia on nuclear. EF 72%. tid 0.90. | Information not available |
| 02/13/2019 | Tte W/doppler Complete<br>Notes: EF 65%. trace AR. (PHT 1000 msec). aneurysmal atrial septum. trace mr/tr. diastolic dysfunction. | Information not available |
| 01/25/2019 | Ecg Monit/reprt up to 48 Hrs<br>Notes: 24 Holter. RE: palp. rare pvcs/pacs. SVT @ 120 bpm. | Information not available |
| 12/14/2018 | Hysteroscopy with Biopsy<br>Notes: hysteroscopy, D&C for PMP bleeding. Benign uterine polyp | Information not available |
| 01/01/1972 | Appendectomy | Information not available |
| | Cesarean Delivery | Information not available |

### Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

### Tobacco Smoking Status

| Tobacco Smoking Status | |
|---|---|
| | Current Every Day Smoker |

### Past Encounters

01/24/2020
Palpitations; Supraventricular Tachycardia; Hyperlipidemia; Edema of Lower Extremity
Kai Sun, DO: 3350 Executive Drive Suite 100, San Angelo, TX 76904-6876, Ph. (325) 245-4501

01/24/2020
Hyperlipidemia; Palpitations; Fatigue
Cynthia Rutledge, DO: 2142 Sunset Dr, San Angelo, TX 76904-6828, Ph. 325-245-4000

### Demographics

| Sex: | Female | Ethnicity: | Information not available |
|------|--------|------------|---------------------------|
| DOB: | 06/29/1962 | Race: | Information not available |
| Preferred language: | English | Marital status: | Married |
| Contact: | PO Box 1361, Marfa, TX 79843-1361, Ph. tel:+1-432-2950516 | | |

### Care Team Members

Primary Care Provider

| Dr. Cynthia Rutledge | 2142 Sunset Dr, San Angelo, TX 76904, Ph. tel:+1-325-2454161 |
|----------------------|--------------------------------------------------------------|
| Cynthia Rutledge DO | 2142 Sunset Dr, San Angelo, TX 76904, Ph. tel:+1-325-2454161 |

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such, information contained in the record is fluid and subsequent requests may not yield the exact same results.

SH HEALTH INFO MGMT
120 E Harris Avenue
San Angelo TX 76903-5904

Sanchez, Mary Catherine
MRN: 20639229, DOB: 6/29/1962, Sex: F
Visit date: 2/22/2021

**02/22/2021 - Documentation in Shannon Health Information Management (continued)**

Documents (continued)

SA. SAN ANGELO • 2142 Sunset Dr, SAN ANGELO TX 76904-6329
SANCHEZ, MARY (id #1410694, dob: 06/29/1962)
SA. SAN ANGELO • 3350 Executive Drive Suite 100, SAN ANGELO TX 76904-6878
SANCHEZ, MARY (id #1410694, dob: 06/29/1962)



HEART AND
VASCULAR
CENTER
COMMUNITY MEDICAL ASSOCIATES

Regional Employee Assistance Program Inc.
3350 Executive Drive Suite 100
SAN ANGELO, TX 76904-6878
Phone: (325) 245-4501, Fax: (325) 245-4008

Date: 07/26/2019

Dear Mary Sanchez,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

KAI SUN, DO

## Patient Care Summary for Mary Sanchez

**Most Recent Encounter**
07/26/2019 Kai Sun: 3350 Executive Drive Suite 100, San Angelo, TX 76904-6878, Ph. tel:+1-325-2454501

**Reason for Visit**
3 month follow up

**Assessment and Plan**

The following list includes any diagnoses that were discussed at your visit.
1. Palpitations
• palpitations: care instructions
2. Supraventricular tachycardia
• supraventricular tachycardia: care instructions
3. Hyperlipidemia
• high cholesterol: care instructions
4. Edema of lower extremity
• leg and ankle edema: care instructions

Discussion Note: None recorded.

Please Note: The Medical Record Provided to you as requested is a longitudinal electronic medical record. As such, information contained in the record is fluid and subsequent requests may not yield the exact same results.