IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **MARY CATHERINE "KATIE" SANCHEZ,** § § <br> *Plaintiff,* § § <br> § <br> **v.** § <br> § <br> **PRESIDIO COUNTY, TEXAS, and** § <br> **FRANCES GARCIA, in her individual** § <br> **capacity,** § <br> *Defendants.* § | PE:19-CV-00037-DC-DF |

## ORDER SETTING HEARING

BEFORE THE COURT are Plaintiff Mary Catherine "Katie" Sanchez's Motion for Attorney Fees and Motion for Judgment (Docs. 65, 66) and Defendants Frances Garcia and Presidio County, Texas's (collectively, "Defendants") Motions for Judgment NOV (Docs. 67, 68). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After review of the relevant filings, the undersigned finds it necessary to hold a hearing on the aforementioned pending motions.

Accordingly, it is hereby **ORDERED** that a hearing on the aforementioned motions will be held on **Wednesday, September 22, 2021 at 1:00 P.M.** at the United States Courthouse, 2450 State Hwy. 118, Alpine, TX 79830. All counsel must appear at this hearing in-person.

It is so **ORDERED**.

SIGNED this 1st day of September, 2021.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE