# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| MARY CATHERINE "KATIE" SANCHEZ, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 4:19-CV-00037-DC-DF |
| PRESIDIO COUNTY, TEXAS and FRANCES GARCIA in her individual capacity, | § § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE DAVID COUNTS, U.S. DISTRICT COURT JUDGE:

Comes now Plaintiff and Defendants, who jointly notify the Court that his matter has been settled, and jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Respectfully submitted,

By:

*/s/ John A. Wenke*
**JOHN A. WENKE**
State Bar No. 00788643
501 E. California Ave.
El Paso, Texas 79902
Telephone (915) 351-8877
Facsimile (915) 351-9955
lawoffice@johnwenke.com
*Attorney for Plaintiff*

And,

*/s/ Amanda N. Crouch w/ permission*
Jon Mark Hogg
State Bar No. 00784286
Amanda N. Crouch
State Bar No. 24077401
JACKSON WALKER L.L.P.
136 W. Twohig Ave., Suite B
San Angelo, Texas 76903
jmhogg@jw.com
(325) 481-2560
(325) 481-2585 – Facsimile

JACKSON WALKER L.L.P.
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
acrouch@jw.com
(210) 978-7700
(210) 978-7790 - Facsmile
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to counsel of record, who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ John A. Wenke
_____
**JOHN A. WENKE**