IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| MARY CATHERINE "KATIE" SANCHEZ, | § § § § | |
| *Plaintiff,* | § | |
| v. | § | NO. P:19-CV-00037 |
| | § | |
| PRESIDIO COUNTY, TEXAS, and, FRANCES GARCIA in her individual Capacity, | § § § § | |
| *Defendants.* | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and based upon the Parties' Notice of Settlement and Joint Stipulation of Dismissal (Doc. 95) filed January 19, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 21st day of January, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE